

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Anthony Allen Threatt·

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Jason Green, Walton Green, Vernan Reindel #75882, Milton Carthens, Terrill Collins, Sandra Simmons, Monica Swain, Beverly Smith, Angela Thompson,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:18-cv-10341
Judge: Drain, Gershwin A.
MJ: Majzoub, Mona K.
Filed: 01-29-2018 At 08:50 AM
PRIS ANTHONY ALLEN THREATT V JASON
GREEN, ET AL (LG)

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Jason Morrison, Anthony Threatt_

All other names by which you have been known:

_Anthony Threattle,_
_Anthony Threatt-El_

ID Number  _# 182620_

Current Institution  _E.C. Brooks Corr. Fac._

Address  _2500 S. Sheridan Drive_
_Muskegon Heights, MI 49444_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  _Jason Green_

Job or Title  _Proprietor of A.F.C. Home_
(if known)  _(One Person At A Time)_

Shield Number

Employer  _Proprietor of A.E.C Home_

Address  _936 E. Grand Blvd._
_Detroit MI 48207_

☒  Individual capacity _both_  ☒  Official capacity

2

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

Name: Walton Green

Job or Title (if known): Proprietor of A.F.C. Home (One Person At A Time)

Shield Number:

Employer: Proprietor of A.F.C. Home

Address: 936 E. Grand Blvd.
Detroit, MI 48207

☎ Individual capacity both ☎ Official capacity

Defendant No. 3

Name: Vernon Reinkel #575882

Job or Title (if known): House Manager of A.F.C. Home (One Person At A Time)

Shield Number:

Employer: One Person At A Time (O.P.A.T.)

Address: 936 E. Grand Blvd.
Detroit, MI 49444

☎ Individual capacity both ☎ Official capacity

Defendant No. 4

Name: Milton Carthens

Job or Title (if known): P.C.S. Mental health Provider

Shield Number:

Employer: Contractor with M.D.O.C.

Address:

☎ Individual capacity Both ☎ Official capacity

Terrill Callins
Parole Agent

Michigan Parole Office
5300 Lawton
Detroit, MI 48208.

Sandra Simmons,
Angela Thompson
Monica Swain,
Beverly Smith,
All are
Parole Agent Supervisor

Michigan Parole Office
5300 Lawton
Detroit, MI 48208.

Pg. 3

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Firsth, Fifth Eighth, Fourteenth, Amendment Rights Violated by the defendant's

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

None

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached pages
one through eighteen
with exhibits in support
of violation of Constitutions

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* parale violator

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## STATEMENT OF CLAIM

On November 16, 2016 Plaintiff Threatt was Paroled to a unlicensed Adult Foster Care home, for Mentally ill Parolees, that had un-safe living Conditions. Named One Person at A Time (O.P.A.T.) located at 936 E. Grand Blvd. Detroit, Michigan 48207. By Parole Board Member Anthony King, And Another unknown Parole board Member. This unlicensed Adult Foster Care home, with unsafe living Condition, was found by Plaintiffs P.C.S. Provider Milton Carthens, And Approved by Plaintiffs Parole Agent Terrill Collins, for Plaintiff to parole home to. When Plaintiff Threatt Arrived At this A.F.C. home on November 16, 2016 Parolee Vernon Reindel #575882 Approached Plaintiff, And introduced himself, As the house Manager. And show Plaintiff to his bedroom, then Asked Plaintiff was he A sissy (Fag.) Plaintiff said naw, (And looked at him crazy). Parolee Vernon Reindel #575882. Continued to Ask Plaintiff Sexual Harassment Question such as "I cant believe you did sixteen years And never had sex with a boy (Fag)." "Or gotten your dick sucked" ect. it got so bad that Plaintiff stop riden in the truck with him (Vernon Reindel #575882) It did not matter how cold it was Plaintiff would catch the bus to Avoid being sexual harassed by Vernon Reindel #575882. upon Plaintiffs stay at this A.F.C. home. Plaintiff Noticed that Parolee Vernon Reindel #575882 was a hamosexual, given the other Mentally ill

(1)

Parolee's in this A.F.C. home MONEY to buy drugs with for exchange for sex with him. Plaintiff also Notice that Mices was Running on tap of the stove over the food that they were eaten. And the cat they had was Jumpping on tap of the stove, on the food trying to catch these mice's. that we was eaten. Parolee VERNON Reindel #575882 knew this. And still allowed us mentally ill parolee's to eat this food. This straight. Alley cat they had was bringing Rats inside of the house eaten them right in front of us mentally ill parolee's of this A.F.C. home. bugs was fly-ing around the house. The cat was using bath-Room inside the house. The owners of this unlicensed A.F.C. home Walton Green and Jason Green, who hired Parolee VERNON Rein-del 575882. to over see us mentally ill pa-Rolee's. had Parolee VERNON Reindel #575882 given us mentally ill parolee's our medication and in-sulin shat's. with out any medical training per-iod putting our life inside of more imminent danger. by given us the wrong medication at times. Parolee VERNON Reindel #575882. use to draw up Plaintiffs and Parolee Reed #179252 insulin's inside of needles, and leave them inside of the unsecured Refrigerator shelves, with every body going in and out of this Refrigerator al-day and Night with our insulin Just sitting in side of this Refrigerator alday and night putt-ing Plaintiff and Parolee Reed #179252 life up un-der imminent danger. In December of 2016. Parolee VERNON Reindel gave Plaintiff some pills

(2)

that was suppose to be Plaintiffs Medication, that knocked Plaintiff out cold. When Plaintiff woke up his pants was open and unzipped the only people was in the house was Plaintiff and Reindel #575882. when this incident occurred. Right then Plaintiff stopped accepting any Medication from Reindel #575882 period, do to fear of a sexual assault (day Rape from Reindel #575882). On december 15, 2016 Plaintiff woke up from the smell of crack cocain smoke, that his Roommate name black was inside of the bedroom smoken, while Plaintiff was sleeping. It should be known that Black is one of the white mentally ill parolee's that Vernon Reindel #575882 was given money to, to buy drugs with for exchange for sex with him. Plaintiff got so fed up with all of these unsafed constitutional violations, At this unlicense A.F.C. home. The next day on december 16, 2016 while Plaintiff was at the hospital he called his P.C.S. Mental health Provider Milton Carthens, and made a complaint to him about all of the violations that was going on at this A.F.C. home, that he found us mentally ill parolee's to Parole home to. He claimed that he did not know that all of these things was going on at this A.F.C. home. And that he was going to call Jason Green, and set up a meeting so that we can discuss these violation. However, later on that day while Plaintiff was sitting on the proach of the A.F.C. home

(3)

talking to the other parolees next door at there other A.F.C. home. Jason Green and Vernon Reindel #575882. pulled up at the house Right behind one Another. Then Jason Green came up on the proach and said to Plaintiff let me hollow at you for a minute. When Plaintiff followed Jason Green inside of the house. Jason Green said to Plaintiff "how long you think I been doing this". "I thought you were cool". When Plaintiff, Told Jason Green About all of the violation of the house. And Reindel #575882 homosexual conduct behavor toward him. Jason Green said "So". Then called Plaintiffs Parole Agent Terrill Collins, and lied and said "Threatt threatened Reindel #575882 that morning." Then Jason Green, and Vernon Reindel #575882 started calling Plaintiff out of his name such as bug, bug ass Mutha fucker ect. Trying to provoke Plaintiff to do something stupid to them. Jason Green then told Plaintiff that he was moving Plaintiff some place else. Plaintiff told him that he was not moving No-where because his tether was for this house. Then while Plaintiff was talking on his cell-phone, Reindel #575882 Sexually Assaulted Plaintiff by grabbing Plaintiffs Penis, then ran inside of the kitchen. Plaintiff turned around and went inside of the kitchen behind Reindel, and try to grab Reindel by his shoulder to spend him Around, to confront him About grabbing his penis. Jason Green called Plain-

(4)

tiffs Parole Agent Terrill Collins back. And said Threatt Just Assaulted Vernon Reindel, And he have it on tape. Although the video tape that Jason Green send to Plaintiffs Threatt's Parole Agent Terrill Collins by cell-telephone was edited. first. by Jason Green & Vernon Reindel. A digital video is easier to edit. you can edit A digital video by using digital video editing software. for an example you can Rearrange or Remove scenes, And Add special effects. to the video. And A person will never Notice it, by Just looking At the video. Not less you know the original scenes of the video tape. Plaintiffs Parole Agent Terrill Collins Never did check the video property, for changes, that was send to him by Jason Green, who Removed scenes And Added scenes to the video by editing, using digital video technology to Create video And films with titles introduce transitions between scenes And Add special effects to the video tape. This was done in side of Retaliation of Plaintiff blowing the whistle to his P.C.S Mental health provider MR. Milton Carthens About the unsafe living conditions At this Adult foster Care home. And to send Plaintiff back to Prison, to try And stop Plaintiff from filing Any other complaints Against the Adult Foster Care home with other higher Authorities. Parole Agent Monica Swain, Acted with deliberate indifference doing the investigation of Plaintiffs PREA-Complaint. (Prison Rape Elimination Act). filed Against Parolee Vernon Reindel #575882.

5

by failing to investigate property by not getting the video tape that caught Reindel grabbing Plaintiffs penis on tape. And falsifying her investigation report to cover up her Co-workers Parole Agent Terrill Collins wrongdoings of not reporting Vernon Reindel #575882 sexual harassment abuse, assault. on Plaintiff and other mentally ill parolees at this A.F.C. home. See her investigation report Threatt vs. Reindel # IN-08-6(-0001-17, that she never send me a copy of, to this very day. but send her report to the Detroit Police Station to Detective MR. Manson (313)-596-5352 And try to make it seem like I was lying on Vernon Reindel. Beverly Smith, & Sandra Simmons, Angela Thompson all three of these Supervisor for the parole Agent's Acted with deliberate indifference toward my PREA Complaint, Against Vernon Reindel. They violated (me) Plaintiff for Assaulting Vernon Reindel, for grabbing his shoulder for grabbing my penis. but does Not violate Parolee Vernon Reindel #575882 for sexually assaulting Plaintiff by grabbing Plaintiffs penis. even when a Police Complaint was filed against Vernon Reindel by Plaintiff for sexual assault And sexual harassment-Abuse. Plaintiffs equal protection Rights of the Law was violated here. How they going to violate one parolee for Assault And does not violate the other parolee for sexual assaulting the Plaintiff? It should be noted that everytime A parolee of this unlicensed A.F.C. home start to complain about Vernon Reindel #575882

(6)

Sexual harassment Acts toward them, And him given them the wrong medication And the Mice's And cat problems. Vernon Reindel #575882 Always Run And tell Jason Green, some kind of lie on them. And Jason Green Always call up there parole Agent claiming that they Just threatened Vernon Reindel #575882. And have them Moved out of the house or violated. this be going on At All of Jason Green them A.F.C. homes called "one person At A time" (O.P.A.T.) ON E. Grand Blvd. 932, 936, 1025. is there Addresses. on the same street with A paralee on tether running these unlicensed A.F.C. home for Jason Green And Walton Green, It should be noted that Vernon Reindel #575882. be working on the house free for Jason Green putting our lifes up under more imminent danger. that can cause A fire or gas leak And blow up the house. because Vernon Reindel is not licensed to be working on these kind of object's in the house.? Although by laws And Rule's for Adult Foster Care small group homes, 12 or less. Vernon Reindel #575882 or Any of the other workers for Jason Green And Walton Green, Are not suppose to be living inside of these A.F.C. homes with Plaintiff And other Mentally ill Paralee's? This was Another problem that Plaintiff was complaining About. Plaintiff And the other Mentally ill paralees, had to give Jason Green one hundred dollar for food off there bridge card. every month. but Vernon Reindel #575882. did not have to pay for no food but was eaten up

(7)

the food in the house. And feeding the cat the food. VERNON Reindel #575882, WAS Also living inside of this A.F.C. home free. When the state and federal governments was paying Plaintiff and the other mentally ill parolee's Rent. When Plaintiff told VERNON Reindel About this, VERNON Reindel told Plaintiff, that Plaintiff was putting his Job inside of Jeopady. Plaintiff Also over heard Reindel #575882 tell the other two white mentally ill parolees who lived in this Unlicensed A.F.C. home (that he was given money to buy drugs with for exchange for sex with him) that he was going to get rit of Plaintiff. A few days before december 16, 2016. Just before him And JASON GREEN, set Plaintiff up inside of Retaliation be-cause Plaintiff Threatt complained to his P.C.'s mental health Provider MR. Milton Carthen's who found this unlicensed A.C.F. home for Plaintiff and other mentally ill parolee's to parole home to. Therefore, JASON GREEN and Walton GREEN, got to be inside of some kind of plot/scam together to get money out of the state and federal with this unlicensed A.F.C. home. for mentally ill parolees.? The bad part About this situation, is that the parole Agent's, Are the one who got these Jobs for Parolee VERNON Reindel #575882 And other Parolee's to work And live in these A.F.C. home's called "One Person At A time" O.P.B.T. So they Are Just As guilty? for Acting with deliberate indifference to Plaintiff's and other mentally ill parolee's health and safety by not

checking this unlicensed A.F.C. home out be-
fore Allowing Plaintiff and other Mentally illed
parolee's to parole home to this unlicensed
A.F.C. home with unsafe conditions? This civil
complaint can also be Justified as a class-Action
civil suit? because it Relate to any and all men-
tally ill parolee's living At this unlicensed A.F.C.
home, And paroling to this unlicensed A.F.C.
home with unsafe living conditions. because
they are subjected to these same constitution-
al violations that put them under imminent dan-
ger.? It should be noted that parolee MR. Reed
#179252 and parolee MR. Terry #162178 are wit-
nesses and victims as well as un-named pa-
rolees, who was there living in this unlicensed
A.F.C. home, with unsafe living conditions. How-
ever, it should be noted that parolee Vernon
Reindel #575882 who is a defendant in this com-
plaint and a employee at this A.F.C. home Q.P.B.T.
Admitted to these constitutional violations at
Plaintiff's "Parole Revocation Hearing" which can
be used as direct evidence? especially inside
of this complaint to help prove and show all of
the defendant's constitutional violations.

## EXHIBIT'S IN SUPPORT OF CLAIM'S

Defendant's Terrill Collins, Sandra Simmons, P.C.S
Mental health provider MR. Milton Carthens, who
All Approved for Plaintiff and other Mentally ill
parolees to parole to this unlicensed A.F.C.
home, with unsafe living conditions violated
Plaintiffs (and other mentally ill parolees) fifth

eighth, fourteenth Amendment Rights by not checking this unlicensed A.F.C. home out with unsafe living conditions, out first, before they moved/paroled plaintiff and other mentally illed parolee's, to this unlicensed A.F.C. home with unsafe living conditions that putted plaintiff and other mentally illed parolee's up under imminent danger. see (exhibit-B) That help proves that this unlicensed A.F.C. home, with un-safe living conditions was not licensed under the Dept. of licensing and regulatory affairs (L.A.R.A) of the state of Michigan. but collecting rent money from the state and federal to house us mentally ill parolee's? These defendant's also acted with deliberate indifference toward plaintiff, and the other mentally illed parolee's living in this un-licensed, unsafe A.F.C. home. when they allowed Parolee Vernan Reindel #575862 to give plaintiff and other mentally illed parolee's in the house their medications, and insulin without any kind of medical training. putting our lifes up under imminent danger, see (exhibit-P) Rule 400.14312 (4)(a) for (L.A.R.A.) that states:" Be trained in the proper handing and administration of medication". And there is no way that Parolee Vernan Reindel #575-862 was properly trained, inside the medical fields. on parole and on tether! given us the wrong medications, at times. leaving our insulin drawn up inside of needles, inside of the refrigerator, that was unsecured, with everybody ~~going~~ in the house going back and forward inside of this unlocked refrigerator. see (exhibit-P) Rule 400.14312 No# 1 for L.A.R.A. This putted my life up

(14)

Under imminent danger, As well as Pakalee Reed #179252 because we could grabbed the wrong Needle, and shat up the WRONG insulin? OR Anybody else in the house could have put something else inside of the needles, and killed us. by keeping our insulin inside of the house Refrigerator with no lock on it, with everybody going in and out of this Refrigerator Allday and Night? see (exhibit-P.) Also see (exhibit H-pg 3) Vernon Reindel #575882 Admit to he was given us our medication and insulin with no medical training. A direct Violation of My Constitutional Protected Rights.

Defendant Vernon Reindel #575882 Admitted that him and Defendant Jason Green, Retaliated on Plaintiff, because Plaintiff called defendant Mr. Milton Carthens, and complained to him About All of the constitutions violations, that was going on at this A.F.C. home called "One Person At A Time." see (exhibit-c pg 2) Where defendant Vernon Reindel #575,882 states "He Recalled Threatt had at same point earlier called P.C.S. Prisoner Counseling Service And Made A complaint." "While doing so the parolee was shouting About being discriminated against, shouting About drug, Alcohol bugs and Mice Problems At the house." "He Also heard Threatt state he would take legal Action." These statements Along of Defendant Vernon Reindel #575882 Make it clear that Defendant Vernon Reindel and Jason Green, violated Plaintiffs firsth, eighth, and fourteenth amendment Rights. Inside exhibit-c-

11

pg. 2) VERNON Reindel #575882 Admits that him And Defendant JASON GREEN was talking about Plaintiff, Right inside of Plaintiff face Calling Plaintiff out of his NAME. he Also admit that he usually tries to handle things in the house, but Plaintiff had Already went to his P.C.S. Mental health PRovider defendant Milton CARThens. see (exhibits - C - pg. 1 - 2) inside (exhibit - H - pg. 3) defendant Reindel #575882 Also admit that him and defendant JASON GREEN Retaliated on Plaintiff because Plaintiff told defendant Milton CARThens About the violation of this A.F.C. home UNSafe living Conditions. he Also Admit that Plaintiff was Asking question About the Company O.P.A.T. was they licensed see (exhibits - B And H - pg. 3) defendant Reindel #575882 Also contradict himself in (exhibit - C pg. 2) he Claim that the issue was Not peRtAining to the Plaintiffs Medication. in (exhibit - H pg. 3) he claim that Plaintiff got upset because he was handle Plaintiffs insulin? he Also claim that Plaintiff had became agitated over one week he was there. see (exhibit - H - pg. 3) This pRove that he Acted with deliberate indifference to My health and safety. by Not Reporting the changes inside of Plaintiff Mental illness? see Also (exhibit - I) If Plaintiff does Not Receive his Medication Zoloft propeRly At the same time eveRyday. he will feel Agitated see (exhibit - I - pg. 1) Plaintiff had AlReady Complained about Receiving the wRong Medications fRom defendant Reindel #575882. that had Knock him out Cold. And had stop Accepting any Medication fRom defendant Reindel #575882 peRiod do to feaR of a day Rape see (exhibit - H - pg. 3)

defendant Reindel #575882 admit that Plaintiff was Receiving Medication from him then got up set later that defendant Reindel #575882 was given him meds. This in itself prove that the defendants Jason Green, Walton Green, Terrill Collins, Milton Carthens, Sandra Simmons, all acted with deliberate indifference to Plaintiffs health and safety. by allowing defendant Parolee Vernon Reindel 575882 to give Plaintiff and the other mentally ill Parolees there meds and insulin shots, without any medical training whatsoever. putted us up under imminent danger see (exhibit-P) Inside (exhibit-H pg. 3) Rein del # 575882 admit that he work for O.P.A.T. as a house Manager. and that he was a consumer that D.O.C. sent to oversee and feed. not to give us mental ill Parolees meds or insulin? defendant Vernon Reindel #575882. Also admits that there "are Mices Run over the food on the stove" but they are not out of control because they have a killer cat" see (exhibit-H pg. 3) and (exhibit-Q) Rule 400.14401 for L.A.R.A. Defendant Vernon Reindel #575882 also admitted to in so many words that Jason Green try to move Plaintiff out of the house that he was on tether for. to an unknown place without permission. A direct violation of L.A.R.A Rule 400.14302 No.3 and No.#6 for (exhibit-M) defendant Jason Green, was not suppose to change plaintiffs Residency to another Resident without the Approval of plaintiffs Parole Agent Defendant Terrill Collins? Defendant Reindel #575882 also admits to Retaliating on Plaintiff

inside of (exhibit-c pg. 1 and exhibit-H pg. 3)
A direct violation of L.A.R.A. Rules 400.1151
Rule 400.1152 Good Moral Character see (ex-
hibit-R-R-1) Also see L.A.R.A Rule 400.1430 y
Na "(1) (F)" The Right to voice Grievances And pre-
sent Recommendations pertaining to the policies
Services, And house Rules of the home without
Scar of Retaliation." There the evidence show
that Defendant Vernan Reindel, Jason Green set
Plaintiff up inside of Retaliation to come back
to prison up under imminent danger. see (ex-
hibit-c-pg. 1 And exhibit-H pg. 3). Defendant's
Jason Green, Milton Carthans, Sandra Simmons,
Terrill Collins. All violated Plaintiffs fifth,
eighth fourteenth Amendment Rights, by de-
liberate ignoring plaintiffs complaints about
Defendant Vernan Reindel "575882 sexual har-
Assing the Plaintiff. even After Plaintiff filed
A P.R.E.A. (Prison Rape Elimination Act) Complaint
And filed A police complaint Against Reindel
"575882. for grabbing Plaintiffs Penis on 12/16/16
And Parolee Vernan Reindel "575882 still was
not violated for sexual assaulting Plaintiff, but
they violated Plaintiff for Assaulting Reindel
575882. for grabbing Reindel "575882 to con-
front him for grabbing his penis? This violated
Plaintiffs firsth, fifth, fourteenth Amendment's
Rights, to equal protection of the Laws. Plaintiff
is black and Parolee Reindel "575882 is white.
see (exhibit-c-pg. 2 And exhibit H. pg. 3) defend-
Ants Monia Swain and Beverly Smith both Act-
ed with deliberate indifference, toward Plain-
tiff P.R.E.A. Investigation by failured together

All evidence such as the A.F.C. home video tape that caught defendant Reindel #575882 grabbing Plaintiffs Penis, sexually assaulting Plaintiff this was done deliberately to protect her co-worker's defendant's Collins and Simmans for not Reporting defendant Reindel #575882 sexual behavior acts toward mentally ill Parolee's at this unlicensed A.F.C. home see (exhibit-s) defendant Monica Swain investigation Report to Threatt vs. Reindel No#IN-08-61-000-17 That was sent to the Detroit Police Department, assigned to Detective MR. Manson, telephone no#(313)-596-5352. who also took Plaintiffs police complaint against defendant Vernon Reindel #575882. In which the defendants still didnot violate Parolee Vernon Reindel #575882. for violating his parole terms. this violated Plaintiffs firsth, fifth, eighth, and fourteenth amendment Rights to equal protection of the law. Jason Green and Walton Green put plaintiff life and health up under imminent danger by Running a unlicensed A.F.C. home for mentally illed Parolee's with unsafe living conditions. and having a parolee on parole and tether given us mentally ill parolee's our mental health medications, and insulin shots, with no medical training whatsoever given us the wrong meds and too-much insulin. a nurse should have been doing this. They Also had Parolee Vernon Reindel #575882 living inside of this A.F.C. home with us a direct violation of the L.A.R.A. see (exhibit-H pg. 3-s) This putted me up under imminent

(15)

danger because NOW I CANNOT get the Right Medication Spiriva 18 Mcs. CP Handihales For My lungs see (exhibit-J and exhibit-I) Plaintiff have not had a teeth cleaning in years da to the fact when plaintiff was paroling, the M.D.O.C. Dental told Plaintiff to get them clean when he go home. Plaintiff had an appointment for January 5 2017 to get his teeth cleaned before defendants Reindel #575882 and J. Green retaliated on plaintiff, and set plaintiff up, to go back to prison. see (exhibit-C and exhibit-K) Now the M.D.O.C. dental tell plaintiff that he cannot have his teeth clean until January of 2019. see (exhibit-U.-U-3) it will be close to about four year before Plaintiff get his teeths clean.? this put plaintiff and his teeths up under imminent danger. Not being cleaned until about four years "later" put plaintiff at a very high risk. for cavity, tooth decay, ect. Plaintiff is also at risk da to the fact, that he cannot get the insulin that his outside doctor was given him, that put his bloodsugar at risk with this cheaper insulin that the M.D.O.C. use's The M.D.O.C. do not give Plaintiff nothing for his back pain, that he have arthritis, inside of his lower back, knee's, arm, Plaintiff been requesting for his mobic. see (exhibit-V) see (exhibit-J) that show that Plaintiff have a problem with his lungs and getting air in them. that the M.D.O.C. Doctor do not give Plaintiff nothing for it. Put Plaintiff inside of imminent danger.? A violation of Plaintiffs eighth amendment. see the medication that Plaintiff was taken at

(16)

home on parole, Sertraline HCL 100 MG Table-AUR Lisinopril 40 MG Tablet MYL, Atenolol. 100 MG Tablet ZYD, Lantus 100 Units/ML Vial Ale, Apidra 100 Units/ML Vial Ale. Spiriva 18 MCG FA, ProAir HFA 90 McG Inhaler TeV, Amlodipine Be-sylate 10. MG TZYD, Tegretol, Rexusti 3MG. Then they have me wearing a barker bob-barker shoe for a medical shoe, that hurt the bottom of my feets. do to no support in the bottom of the shoes. water come all the way through them when you walk through snow, rain, do to the fact that the top and side of the shoes are made out of a sock material, putting me inside of more imminent danger, with my diabetes? and my back pain? I was also subjected to an assault from another prisoner, who called me a rat, for telling what defendant Vernan Reindol #575882 done to me see (exhibit-W-1-W-14) you will see that prisoner Keipp #174898 lied inside of his statement in (exhibit-W-3) and that the officer lied on me, inside of his statement in (exhibit-W-4) The hearing officer saw this see (exhibit-W-1) The officer put everything on plaintiff. see (ex-hibit-W-1-2) Plaintiff is subjected to more flaps from the parole board, do to defendant's Vernan Reindol #575882 Jason Green Retaliatory Acts of sending plaintiff back to prison see (exhibit-H) and (exhibit-C). This putted plaintiff up under im-minent danger. and subject to even more immin-ent danger. by being falsily back in prison in side of Retaliation of the defendant's to cover up there constitutional violations, of wrongdoings to plaintiff. there is a video to (exhibit-W-1-10).

(17)

Plaintiff is at very high Risk for a heart attack, Stroke, diabetic coma, by not Receiving the Right medication for his high blood pressure, high cholesteral, diabetes, Metabolic Syndrome. put Plaintiff inside of imminent danger here inside of prison. There is also a video camera in the kitchen at the A.F.C. home, that caught the mice's and cat Running on top of the food on the stove we was eaten. so there is no-way that the defendant's can say that they did not know this. About the mice's, cat, and the food on the stove. And defendant VERNON Reindel #57588 had Plaintiff and the other mentally parolee's in this A.F.C. home, eaten out of the same dishes that he was feeding the cat out of, That the cat was putting these mice's and Rats in these dishes playing with them before he ate them.

## ADDITIONAL INFORMATION

Doing the month of December 2017, Nurse Kathy gave me 20 unit too much of insulin that I shot up that could have killed me, she also gave me the wrong medication twice that month in december of 2017. that also putted me up under imminent danger. ?

On the mornings, when Nurse AMANDA Foresery be passing out meds or insulin, I do not Receive no meds or insulin because me and her do not get along period see (exhibit- V-3-4) this put me up under imminent danger not being able to take my medications or insulin when she pass them

(18)

Out put Me at Risk for a diabetic coma,
heart-Attack, stroke ect. Not Receiving my
Medication from her in the mornings when she
work. Acting with deliberate indifference exist?

Doing the Month of Jan. 2018 NURSE Johnson
deliberately Refused to give me My Zoloft
Medication, then Refused to give me my Lopressor
and Zantac medications back to back when
all of my medications was Restricted. do to
the fact that I forget to take them, or get
depressed and take a over dose, this is why
all of my medications was Restricted since
year of 2012. until now. This was done inside of
Retaliation of my grievances against health-
care staffs. see (exhibit- Y-16-17) Also see (ex-
hibits 18-20) Now my meds not Restricted, put me at Risk?

Look how long I been suffering in pain with
out My Mobic Medication or any other pain
Medication for my back and Arthritis see (exhibit-
V- V-5) This put me up under imminent danger.

Look how long they tell me that I have to
wait before I get my teeth clean see (ex-
hibits - U- U-5) put me up under imminent dan-
ger and I have Real good teeths. there is also
A class-action lawsuit about haven to wait
to get your teeth clean. against the M.D.O.C.

Look at how long I have been waiting to get
A Medical shoe see (exhibit- Y to Y-15) and I
still have not got a medical shoe of yet.

(19)

Then you have a guy name Anthony Williams (Tone) here who is inside of my case <u>Threatt Vs. Shields et al</u> No. 2:14-cv-14129, who was a witness against me for Shields, on a misconduct, spreading rumors that I am a rat along with a guy name Fred Brinson who is also a gangbanger. trying to turn people against me to assault me for staffs. put me at risk. under imminent danger. Threatening me calling me bitches rats in front of other prisoners trying to get me to jack off my parole.

Then you had S/O Loader told me to shut the fuck up in a rule profane threatening matter in front of other inmates. then told me to suck his dick. This was done inside of retaliation of all of my grievances that I filed here against staffs. then he wrote me a false ticket to stop me from getting a point reduction to go to level one. Nurse Amanda done the same thing to me that stop me from going to level one, incidents occurred on Jan. 13, 2018 & Sep. 2. 2017

Look how long I have been waiting to get a inhaler. see (exhibit - Z - Z-2) now (exhibit - Z - 3) And (exhibit - I - ) show that I had a inhaler and need a inhaler. see (exhibit - J) My Medical Records show that I had one that expired on 7/12/17 but the doctor at E.C. Brooks facility will not give me nothing that I need. have me suffering in pain. even the doctor and quartermaster are playing games about order me the right medical shoes. see (exhibits Y + Y-24)

(20)

They also Refused to let me change Psychologist
who is not doing nothing for me see exhibit
(Z-4 - Z-6) which put me up under imminent dan-
ger.

show that I was denied my food trays which
put me up under imminent danger because I am
suppose to eat food on top of my insulin shots.
see (exhibit-Z-7)

(Exhibit-Z-8) show that the grievance coordi-
nator here be interfering with me exhausting
my state remedies here at E.C. Brooks Facility.

By Plaintiff being falsily back in prison he can
not live like a narmal person do like he was
when he was not in prison. now he is sub-
jected to have only 11. dollars a month ect.
he cannot live like a normal person no-more
he have to suffer, and do with out things
now. and subjected to punishment and pain.

I declare under the penaties of perjury that
the forgoing is true to my knowledge and Be-
lief.

Anthony Theatt #182625
E.C. Brooks Corr. Fac.
2500 S. Sheridan Drive
Muskegan Hight,  MI
                          49444

Jan. 20 2018

(21)

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

They Arosed At A Adult Faster Care Home, for mentally ill Paralee's, with a D-47 mentally ill parole. A.F.C. Home Name, is "One Person At A Time" (O.P.A.T.) That the Michigan Parole board Parole you home to for your home Placement. that WAS UNlicensed see Exhibit-B see Attached Pages 1-18

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

see Attached pages 1-18 for statement of Claims.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

See Attached pages 1-18 As statement of Claims.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?*
     *Who did what?  Was anyone else involved?  Who else saw what happened?)*

See Attached pages 1-18 As Plaintiff's
Statement of Claims for each defendant's
violations.

Reed #179252 Terry #162178 WAS
living inside of this A. F. C. Home with
Plaintiff's That is Not only witnesses
to some of Plaintiff's claims here in
but Also victim's of defendant's
Jason Green, Walton Green, Vernon Reindel
# 575882, Milton Carthens, Terrill Collins
Sandra Simmons, Angela Thompson, Monica Swain
Beverly Smith. Thats why Plaintiff says this
can be subjected to A CLASS-Action Civilsuit
because there are others who was living up
under these same constitutional violations At
this unlicensed Adult Foster Home for Men-
tally ill parolee's that had unsafe living con-
ditions. And was sexually harassed by Vernon Rein-
del #575882 which the U.S. Attorney office is
Needed here to bring up criminal charges? or F.B.I

7

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I WAS left being TRAUMATIZED FROM the sexual Assault And sexual harassment FROM Defendant Pa-Rolee VERNON Reindel #575882. do to MY P.T.S.D. I WAS Also TRAUMATIZED FROM the cat EATEN RAts IN the house IN FRONT of Me, Mice's RUNNING All over the food we WAS EATEN, sex off Another TRAUMA INside of Me. with MY PANIC Attacks And Anxiety that I have. I SAW a psychologist, who WAS Assigned to Me FOR MY P.T.S.D. ect. that Asked Me a few question About the sexual Abuse; Assault. A couple of times. but defect-ANt MONICA SWAIN, TRy to Act like I WAS lying inside of her INvestigation Report Threatt-vs-Reindel # IN-08-61060-17. to cover up her co WORKERS WRONG doings of Not Reporting Reindel SexuAl Abuse to Me And others. see police Report done by Detective MANSON, Detroit Police # 313-596-5352

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT the court to Assign this case over to the U.S. Attorney office, to prosecute All of the defendants FOR violating my civil Rights As well As other Mentally illed Parolee's Rights. At this A.F.C. home, that is unlicensed with unsafe living conditions? if Not I WANT one hundred thousand dollars FROM each one of the defendant's, FOR violating my firsth, fifth, eighth, fourteenth Amendment Rights, As set fowerd inside of My statement of Claims, And FOR each defedant to PAY Me One hundred Thousand dollars FOR punitive damages that I suffered, being back in Prison Also do to them.

8

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know because they will not tell me see (exhibits C. and H. pg. 3)

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Parole agents acting with deliberate indiffe-
rence to my situation, and covering up P.R.E.A.
investigation. see (exhibit- S) and (exhibit -B) paroling
me to a unlicensed A.F.C. home with unsafe living
conditions. that putted me up under imminent danger

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐   Yes

☒   No   I made a complaint over the telephone to my P.C.S. health providers And Parole Agent & L.A.R.A.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒   Yes

☐   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Jackson Prison (R.G.C)
Ryan Road Corr. Fac. (D.R.C.)
Bellamy Creek Coll. Fac. (I.B.C.)
E.C. Brooks Corr. Fac. (L.R.F.)
Wayne/Detroit Metro District/Prob/Par/Rep
Detroit Michigan.

2.   What did you claim in your grievance?

The same thing inside of my 18. page statement of claim. see Exhibits. G-1 to G-1-FF Also see Complaints taken by defendant Ms. Monica Swain, as Threatt vs. Reindel IN IN-08. 61-000-17 And Detroit police complaint filed with Detective MR. Manson # (313)- 596 - 5352.

3.   What was the result, if any?

They Claim that they did not have Jurisdiction. see exhibit. step three Responses inside Grievances inside of exhibit-G's. I was also put on Modify Access Grievance Restriction for filing Grievances and denied Grievances to file on the matter. do to employees can get fired.

10

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.   What steps, if any, did you take to appeal that decision?  Is the grievance
     process completed?  If not, explain why not.  *(Describe all efforts to appeal to
     the highest level of the grievance process.)*

All the way up to step three. but was
denied the step one and two grievances
to file on the parole agents.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

I filed step one to parole agents office
but got no response back, even when I re-
quested for step two. see exhibit - G-1

2.   If you did not file a grievance but you did inform officials of your claim, state
     who you informed, when and how, and their response, if any:

through grievances and Kites  see ex-
hibits G-1 - G-1 - FF.

G.   Please set forth any additional information that is relevant to the exhaustion of your
     administrative remedies.

I filed a complaint with Milton Carthens, and
with detroit police dept. Detective Manson,
and with Monica Swain, see grievance no#
PBM-17050009. As exhibit - G-1-HH, I also
filed a complaint with Det. Wayne Mental Health Authority
office of recipient rights. My parole agent Terrill Collin
owner of the house Jason Green, Licensing and Regulatory
Affairs. Michigan protection & advocacy service Inc. see (exhibit
-B-) And the parole board members
     *(Note: You may attach as exhibits to this complaint any documents related to the
     exhaustion of your administrative remedies.)*

11

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒   Yes

☐   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. *U.S. District Courts see attached Paper*

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒   Yes   *A Writ of habeas corpus in court on*
☒   No   *My Parole Revocation hearing. for a rehearing*

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.   *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   *Anthony Threatt*
Defendant(s)   *Tony Trierweiler*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*Ionia County Circuit Court house*

3.   Docket or index number

*2017-32817*

4.      Name of Judge assigned to your case

_Hon. Janne K, Cooper_

5.      Approximate date of filing lawsuit

_10/2/17 (but I filed July 2017)_

6.      Is the case still pending?

☑   Yes

☐   No

If no, give the approximate date of disposition.  _____

7.      What was the result of the case?  *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*




C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑   Yes      _See Attached paper of cases_
☐   No       _as exhibit AAA_

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit      _see exhibit - AAA_

Plaintiff(s)      _____

Defendant(s)      _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*




3.      Docket or index number      _see exhibit - AAA_

_____

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.   Name of Judge assigned to your case

_See Exhibit - AAA_

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?        _See exhibit - AAA_

☐   Yes

☐   No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_See Exhibit - AAA_

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Jan. 20,_____ , 20_18_ .

Signature of Plaintiff   _Anthony Thrcott #1_

Printed Name of Plaintiff   _Anthony Thrcatt_

Prison Identification #   _# 182625_

Prison Address   _2540 S. Sheridan Drive_
_Muskegon Heights     MI.           49444_
City                              State                        Zip Code

14

EXHIBIT-AAA

# CASE'S FAILURE TO EXHAUSTION

1) Threatt vs. Fowley  # 1:91-CV-33
2) Threatt vs. Kitchen  # 2:91-CV-70336
3) Threatt vs. Tremble  # 03-CV-127
4) Threatt vs. Williams  # 15-CV-12585

# CASE DISMISSED BY A TRIAL JURY

5) Threatt vs. Arredia  # 05-CV-97

# CASE'S DISMISSED · FAIL TO STATE A CLAIM

6) Threatt vs. Birkett  # 07-CV-1752
7) Threatt vs. Sec. Classification Comm.  # 07-CV-12817

# CASES DISMISSED UNDER THREE STRIKE

8) Threatt vs. Ramey  # 2:09-CV-248
9) Karppinen vs. Threatt  # 10-CV-307
10) Threatt vs. Perry  # 212-CV-278
11) Threatt vs. Mich. Parole Bd.  # 2:12-CV-335
12) Threatt vs. Ross  # 2:12-CV-274
13) Threatt vs. Thomas  # 2:12-CV-277
14) Threatt vs. Davenport  # 13-CV-421
15) Threatt vs. Raymond  # 13-CV-422
16) Threatt vs. Eyke  # 2:14-CV-144

pg. 141

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

See attached pages

18 - 23 of statment

of Claim

See exhibit- I - 9 that show that these state Athletic shoes are no good for my diabetes ?

see Exhibit - I - 10 that help prove that defendant Vernon Rein del # 575882 did not know what he was doing drawing up our insulin to inject our selfs ?

see exhibits I - 12, 17 that show and prove that I am not getting the right treatment for my other health problems ?

see exhibit- I - 18 pg. 6 that help prove that I am inside of imminent danger without getting my teeths clean for years with my diabetes, and others inside of exhibit - I - 18. pg. 1 - 10

1/24/18                                Anthony Sincott # 182635

15

MICHIGAN DEPARTMENT OF CORRECTIONS                                                          CFJ-168

# PAROLE VIOLATION CHARGES

Rev. 04/09

| NAME: | THREATT, ANTHONY | NUMBER: | 182625 |
|-------|------------------|---------|--------|

**RIGHTS AT A PRELIMINARY PAROLE VIOLATION HEARING**

You have been charged with violating one or more of the conditions of your parole as indicated on the Parole Violation Charges form.  You have the right to a preliminary parole revocation hearing.  The purpose of the preliminary hearing is to determine whether there is probable cause to believe that you have committed a parole violation.

A preliminary examination in District Court will serve as a preliminary parole violation hearing for the determination of probable cause for the following counts:


If the preliminary examination in District Court is waived or if criminal charges are dismissed prior to the District Court examination, you will be re-served with the parole violation charges and rights.  The preliminary parole violation hearing may still be held.

**If you chose to have the preliminary parole violation hearing, you have the following rights:**

1.  To be advised, prior to the hearing of the time and place of the hearing.

2.  To appear before an impartial departmental hearing examiner and speak in your own behalf.

3.  To the disclosure of the evidence against you.

4.  To testify and present relevant witnesses and documentary evidence.

5.  To confront and cross-examine adverse witnesses unless the person conducting the preliminary hearing finds on the record that a witness may be subject to risk of harm if his or her identity is revealed.

6.  To the assistance of an attorney, if you have a defense against these charges or justification for having committed the violation and the defense or justification is difficult to present.  The hearing examiner will evaluate your claim and decide if counsel will be allowed.  If you are entitled to counsel and cannot afford to pay for one, counsel will be appointed for you.

7.  To a written summary of the hearing.

8.  To have your preliminary parole violation hearing within 10 days of becoming available to the department and your full parole revocation hearing within 45 days of becoming available to the department.

_____  I fully understand my rights and **WAIVE** my right to a preliminary parole violation hearing.

_____  I request postponement until _____  Reason:

_A.T._  I request a preliminary hearing.

_____  I request that counsel be allowed at the preliminary hearing.

_____  I request a court appointed attorney.  I understand that this request may cause a reasonable delay and waive the period of time from the date counsel is allowed until appointed.

I understand that waiver of the preliminary hearing is not an admission of guilt and that I still have the right to a full revocation hearing before the Parole and Commutation Board.

| Parolee's Signature | Date | Witness' Signature |
|---------------------|------|--------------------|
| _Threatt_ | 12/22/16 | _JonBell_ |
| | | Witness Name: |
| | | I certify the parolee signed this before me on  12/22/16 |

182625 - THREATT, ANTHONY                                                    Page 2 of 2

*Exhibit A-1*

MICHIGAN DEPARTMENT OF CORRECTIONS
CFJ-168
Rev. 04/09

# PAROLE VIOLATION CHARGES

| NAME: | THREATT, ANTHONY | NUMBER: | 182625 |
|---|---|---|---|

**You Are Charged with Violating the Following Conditions of Parole:**

**Count 1, Violation of Condition 04, Conduct:** On or about 12-16-2016 you were involved in behavior which constitutes a violation of state law when you physically assaulted Vernon Reindel.

**Count 2, Violation of Condition 04, Conduct:** On or about 12-16-2016 you engaged in behavior that was assaultive, abusive, threatening and/or intimidating when you physically assaulted Vernon Reindel.

| I hereby acknowledge receipt of Notice of Parole Violation Charges. My signature does not in any way constitute an admission to the above charges. | | |
|---|---|---|
| Parolee's Signature: *Threatt* | Date 12/22/16 | Witness's Signature: *[signature]* |
| | | Witness Name: |
| | | I certify the parolee signed this before me on 12/22/16 |

182625 - THREATT, ANTHONY

Page 1 of 2



**MPAS**

*"PROTECTING THE RIGHTS OF PERSONS WITH DISABILITIES"*

Elmer L. Cerano, *Executive Director*

## PROTECTION & ADVOCACY SERVICE, INC.

Thomas H. Landry
**President**
Highland

John McCulloch
**1st Vice President**
Royal Oak

Veda A. Sharp, MSW
**2nd Vice President**
Detroit

Jane Shank, MSW
**Treasurer**
Interlochen

Terri Lynn Land
**Secretary**
Byron Center

Kate Pew Wolters
Immediate Past President
Grand Rapids

Pamela Bellamy, Ph.D.
Lansing

Alethea Brinkerhoff
Bloomfield Hills

Hansen Clarke
Detroit

Mark R. Lezotte, Esq.
Detroit

Douglas P. Olsen
East Lansing

Paul Palmer
Lansing

Travar Pettway
Canton

Selena M. Schmidt
Shelby Township

Mark Stephenson
Troy

August 5, 2017

Anthony Threatt
Bellamy Creek Corr
1727 West Bluewater Highway
Ionia, MI 48846

Dear Mr. Threatt:

We received the letter you sent about the problems with "One Person at a Time."

The place you described is not licensed, so there is no way to file a complaint with the state about it.  You could still let the Department of Corrections' Parole Release Unit and Prison Re-Entry Program know about this place and its problems.

Michigan Department of Corrections
P.O. Box 30003
Lansing, MI 48909

We are closing our file about your issue at this time.  If you are not happy with our services, you may ask for a grievance form.  MPAS keeps a paper record of your contact for one year and then destroys the record

Although we cannot help you this time, please contact us again anytime you have a question about the rights of people with disabilities.

Thank you for contacting Michigan Protection & Advocacy Service.

Enc: survey # 182625, MPAS bro

**Main Office:**
4095 Legacy Parkway, Suite 500  · Lansing, MI 48911-4264
517.487.1755 (Voice or TTY)
800.288.5923 (Information and Referral)
517.487.0827 (Fax)

**Marquette Office:**
129 W. Baraga Ave., Suite A  · Marquette, MI 49855-4644
906.228.5910
866.928.5910 (Toll Free)
906.228.9148 (Fax)

**MPAS website:** www.mpas.org

[Exhibit-B-1]

MICHIGAN DEPARTMENT OF CORRECTIONS                           4835-4247 10/94
**PRISONER/PAROLEE GRIEVANCE FORM**                          CSJ-247A

Date Received at Step I  8 | 14 | 17      Grievance Identifier: [ I B C | | 1 7 0 8 | | 1 7 0 0 1 | 2 8 G ]

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure refer to PD/OP 03.02.130 and 03.03.130 available in the prison law library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Thacott-El | 182625 | I.B.C | 7-283-B | the gaing Problem | 8/9/17 |

What attempt did you make to resolve this grievance prior to writing this grievance? On what date? Since 12/12/16 - 8th
If none, explain why. There was no understanding between us, everybody
kept saying that they did not have jurisdiction over this matt-
er, but the parole board do have jurisdiction. And M.D.O.C. Directors
because they was the one paroled me to this unlicensed home placement

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.

Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I Received a letter
from Michigan Protection and Advocacy Service, Inc. inform-
ing me, that the adult foster care home, named "one person
at a time" (O.P.A.T.) that the parole board paroled me to, is not
even licensed. under the Bureau of Communty and Health
Systems, State of Michigan Dept. of Licensing and Regulatory
affairs, to have no prisoner's paroling there to there house
Therefore, The P.C.S. Health provider Mr. Milton Carthens never
should have had me living paroled to a house that is not even
licensed. This do not only violate P.D. 03.03.130 but my consti-
tutional Rights. Therefore I want my parole back, or a class-act
on civilsuit and criminal charges will   Anthony Thacott-El 182625
e filed. Against everybody involved.                   Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No    If No, give explanation. If resolved, explain resolution.)

M. Robinson _____  8/14/17      B Youngs _____   8/14/17
Respondent's Signature          Date      Reviewer's Signature          Date
M. Robinson                CRR-O      B Youngs               CRC Rep
Respondent's Name (Print)   Working Title   Reviewer's Name (Print)   Working Title

Date Returned to   8/15/17    If resolved at Step I, Grievant sign here.
Grievant:                     Resolution must be described above.    _____     _____
                                                 Grievant's Signature          Date

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit C

MICHIGAN DEPARTMENT OF CORRECTIONS
PRELIMINARY PAROLE VIOLATION HEARING – Report of Findings

CFJ-185 12/89
4835-6185

| Parolee's Name THREATT, ANTHONY | MDOC Nbr. 182625 |
|---|---|
| Hearing Date 12/29/2016 | Hearing Site Wayne/Detroit Metro District/Prob/Par/REP |
| Examiner John J. Remillet | Report Date 1/04/2017 |

I certify that I conducted a hearing in this case at the above time and place, and report herewith my findings on probable cause on each charge and the material relied on in connection therewith.

**Present at Hearing:**

RECEIVED

      **Witnesses:** Vernon Reindel, Tyson Green
      **Examiner:** John J. Remillet
      **Parole Agent:** T. Collins
      **Parolee:** THREATT, ANTHONY

The hearing commenced at 2:10 p.m.

Please note that the following is not a verbatim transcript of witnesses statements, but a summary based on notes taken by this examiner during the hearing.

At the outset it was determined that the parolee had been given prior notice of this hearing on 12/27/16. Parolee was given the opportunity to waive this hearing and HE/SHE _____. It was further determined that the parolee had been available to the department since 12/19/16. As such this hearing is timely.

**Pleadings:**
Count #1:
Count #2:

**Testimony:**

A.F.C. Home Manager, Vernon Reindel testified that on 12/16/16, he was at the AFC home located at 936 E. Grand Blvd. , when in the early to midafternoon the parolee became upset. He recalled Threatt had at some point earlier called "P.C.S." – Prisoner Counseling Service and had made a complaint. He recalled that as a result of this complaint and an earlier verbal threat to him by Threatt, that the home owner Jason Green came to the house. He recalled talking to Parolee Threat about the problem, but Threatt became even more upset and bolted up the stairs. While doing so the parolee was shouting about being discriminated against, shouting about about drug, alcohol, bugs and mice problems at the house. He also heard Threatt state he would take legal action. Reindel then recalled that he went to the kitchen to deal with some pizza boxes. Suddenly the parolee came back downstairs and approached the witness taking a blind sided swing at his head with a closed right fist,

THREATT, ANTHONY - 182625
01/04/2017 15:42:25

Exhibit - C-1

**MICHIGAN DEPARTMENT OF CORRECTIONS**                    CFJ-185 12/89
**PRELIMINARY PAROLE VIOLATION HEARING - Report of Findings**      4835-6185

Instead the blow landed to his right shoulder. The witness and the Parole Agent Collins indicated that the assault was caught on video. (Examiner will review the video-done so). The witness said home owner Green called the police, but cancelled the request when the parolee left the house on his own.

Parolee Question: Parolee asked a series of questions relating to what the witness heard he was complaining about. The witness denied the issue was pertaining to the parolee's medications. Then the parolee asked if he had struck the witness because of doing something sexual to him. The witness replied no, adding the parolee seemed upset that I was talking to Jason about him. The parolee responded by asking if he didn't go to Jason fabricating problems. The witness said in response that he usually tries to handle things "in house", but the parolee had already threatened him earlier in the morning saying "he would knock my white face off". Parolee asked if any of the three cameras viewed what the witness said he(parolee) did to him. The witness said only the one camera was in the kitchen where he was struck and that captured the assault.

Witness Jason Green, home owner, testified that based on the cameras video and his recollection that the incident did take place between 3:00 pm – 3:30 pm. , but could have been an hour earlier. He also recalled that he was told of the assault by Reindel just after he heard the parolee yelling. He was outside when he believed the assault took place.

Parolee Statement: Parolee said he didn't remember if he hit Reindel and added that he felt that he couldn't have either assaulted him or threatened him earlier as he was at a doctor's appointment. (Agent Collins indicated the GPS data had the parolee at the house when the assault took place). Parolee believed he was accused of the assault in retaliation for his threatened lawsuits and complaints.

**Findings:** See Below

The hearing concluded at 2:55 p.m.

**Findings:**

| Charge: | Count 1, violation of condition 04: On or about 12-16-2016 you were involved in behavior which constitutes a violation of state law when you physically assaulted Vernon Reindel. |
|---|---|
| **Finding:** | Probable Cause |
| **Basis of Finding:** | Witnesses testimony is sufficient for finding. |

| Charge: | Count 2, violation of condition 04: On or about 12-16-2016 you engaged in behavior that was assaultive, abusive, threatening and/or intimidating when you physically assaulted Vernon Reindel. |
|---|---|
| **Finding:** | Probable Cause |

THREATT, ANTHONY - 182625
01/04/2017 15:42:25                                        Page 2 of 3

Exhibit - S~2

MICHIGAN DEPARTMENT OF CORRECTIONS                               CFJ-185  12/89
PRELIMINARY PAROLE VIOLATION HEARING - Report of Findings          4835-6185

| Basis of Finding: | Witnesses testimony is sufficient for finding. |
|---|---|

**Conclusion: See Above**

**Place of Custody:** DRC

**Date Available:** 12/19/16

Exhibit - D

MICHIGAN DEPARTMENT OF CORRECTIONS

**PAROLE VIOLATION: NOTICE AND PLEA**

CSJ-133
REV. 06/10
4835-3133

| MDOC Nbr.<br>182625 | Name<br>THREATT, ANTHONY | Location<br>CHARLES EGELER RECEPTION<br>AND GUIDANCE CENTER | Date<br>01/12/2017 |

## Violations

| Count | Plea | Charge |
|-------|------|--------|
| 1 | Plea of Not Guilty | 04 On or about 12-16-2016 you were involved in behavior which constitutes a violation of state law when you physically assaulted Vernon Reindel. |
| 2 | Plea of Not Guilty | 04 On or about 12-16-2016 you engaged in behavior that was assaultive, abusive, threatening and/or intimidating when you physically assaulted Vernon Reindel. |

Hearing Waived on Counts: __N/A__

Proceed on Counts: __1,2__

Counts Dismissed: __N/A__

Parolee Requests Adjournment:  [  ] Yes (if  yes, attach signed form)     [ x ] No

**Waiver:** I agree that I have violated the following **conditions** of my parole _____ and hereby waive my right to a hearing before a Board member or hearing officer to determine whether a violation of parole has occurred. I understand that I am waiving the right to be represented by an attorney, to testify at the hearing, to present relevant evidence, to confront and cross-examine adverse witnesses, and to present any relevant evidence in mitigation of the charges. I understand that the Parole & Commutation Board will consider my signature below as an admission to a parole violation and will make a final determination which may range from a return to parole to a continuance.

**Parolee Comments (optional):**

_AT _Anthony Threatt 182625_____     _____01/12/17_____
Signature of Parolee                                     Date

By: _JG_ _____     __01/12/17_____
Employee Signature                                     Date

182625  -  THREATT, ANTHONY
01/12/2017  12:59:43

Page 1 of 1

_Exhibits F_

MICHIGAN DEPARTMENT OF CORRECTIONS     CFJ-110

**PAROLE VIOLATION REPORT**     Rev. 6/01

| INSTITUTION: | MDOC Nbr.: | NAME (Last, First) | REPORT DATE: | PREPARED BY: | PHONE: |
|---|---|---|---|---|---|
| Wayne/Detroit Metro District/Prob/Par/REP | 182625 | THREATT, ANTHONY | 12/19/2016 | TERRILL COLLINS | (313) 972-3170 |

| TYPE OF REPORT: | | RECOMMENDATION: |
|---|---|---|
| X   TECHNICAL | SUPPLEMENTAL | Issue #1 Parole Warrant |
| FELONY | SPECIAL INVESTIGATION | |

| VIOLATION DATE: | ACTION WHICH CONSTITUTED VIOLATION ON THIS DATE: | ARREST DATE: |
|---|---|---|
| 12/16/2016 | 04 - Conduct; 04 - Conduct | NA |

| DATE AVAILABLE: | PLACE OF CUSTODY: |
|---|---|
| NA | At Large |

| DISTRIBUTION: | | | | | |
|---|---|---|---|---|---|
| PAROLE TERM: 11/16/2016 | TO 02/16/2018 | PMX: 04/03/2020 | AMX: | | |

| SUPERVISION LEVEL: | Parole Absconder Warrant Status | RISK LEVELS: | Property Risk Low/Assaultive Risk Low |
|---|---|---|---|

## PROOFS OF VIOLATION

**Count 1, Violation of Condition 04, Conduct:** Parolee Reindel will testify that on or about 12-16-2016 the subject was involved in behavior which constitutes a violation of state law when he physically assaulted Vernon Reindel.

**Count 2, Violation of Condition 04, Conduct:** Parolee Reindel will testify that on or about 12-16-2016 the subject engaged in behavior that was assaultive, abusive, threatening and/or intimidating when he physically assaulted Vernon Reindel.

## SUMMARY OF PAROLE

**Orientation:** On 1-30-2011 subject was sentenced to 6yrs-20 years in MDOC by Judge James A. Chylinski of the 3rd Judicial Circuit Court. This sentenced stemmed from the subject being convicted of Aggravated Stalking On 11-16-2016 subject was released on parole to a 1yr/3month term as a D-47 parolee, and was given the following special conditions of parole: 2.0, 2.1, 3.0, 3.1, 3.2, 3.3, 3.4, 3.5, 4.16, 4.2, 4.3, 4.4, 7.1 and 7.5. At which time subject and Agent Collins completed his initial orientation at the Metro Parole Office (PDM). Subject and agent reviewed and signed all pertaining parole paperwork including PDM office rules, standard and special conditions of parole, zero tolerance and the parole orientation guide. Subject is still being supervised at his initial parole supervision level which is SA Intensive/ Unemployed. Subject's initial COMPAS scores are Low/Low.

**Adjustment:** The subject's adjustment to parole can best be described as poor. The subject has been on parole for only one month has been involved in assaultive behavior. The subject has yet to pay any restitution or crime victim fees.

MICHIGAN DEPARTMENT OF CORRECTIONS                                    CFJ-110
PAROLE VIOLATION REPORT                                              Rev. 6/01

**Home Placement:** The subject was placed at 936 E. Grand Blvd upon his release from prison where the parole violation occurred.

**Employment:** The subject has remained unemployed throughout his stay on parole.

## NARRATIVE OF VIOLATION
**Violation:** On 12-16-2016, Writer received a phone call from Jason Green stating the subject has been accused of physically assaulting another housemate at the residence by the name of Vernon Reindel. Mr. Green stated that he would review the video system inside the home to confirm the allegations from the other housemate. Mr. Green contacted writer back approximately ten minutes later and confirmed the surveillance camera does show the subject attempting to punch parolee Vernon Reindel in the face. On 12-19-20116, writer also reviewed the video which confirmed the subject throwing a punch at Vernon Reindel.

**Due Process:** N/A

**Parolee's Statement:** N/A

**Availability:** NA

**Court Information:** N/A

**Efforts to Locate (For Absconder Cases Only):** Due to the assaultive nature of the violation an expedited warrant was issued therefore no efforts were conducted by writer.

## RECOMMENDATION
Issue an expedited #1 warrant on the subject to ensure public safety.


Approved by: Angela Thompson, Supervisor
Date: 12/22/16

MICHIGAN DEPARTMENT OF CORRECTIONS

CFJ-110-A

PAROLE VIOLATION REPORT

Rev. 6/01

| INSTITUTION: | MDOC Nbr.: | NAME (Last, First) | REPORT DATE: | PREPARED BY: | PHONE: |
|---|---|---|---|---|---|
| Detroit Reentry Center | 182625 | THREATT, ANTHONY | 12/29/2016 | TERRILL COLLINS | (313) 368-3200 |

| TYPE OF REPORT: | | RECOMMENDATION: |
|---|---|---|
| X TECHNICAL | SUPPLEMENTAL | Return for Parole Revocation Process |
| FELONY | SPECIAL INVESTIGATION | |

| VIOLATION DATE: | ACTION WHICH CONSTITUTED VIOLATION ON THIS DATE: | ARREST DATE: |
|---|---|---|
| 12/16/2016 | 04 - Conduct; 04 - Conduct | 12/19/2016 |

| DATE AVAILABLE: | PLACE OF CUSTODY: |
|---|---|
| 12/19/2016 | Detroit Reentry Center |

| DISTRIBUTION: | | | | |
|---|---|---|---|---|
| PAROLE TERM: | 11/16/2016 | TO 02/16/2018 | PMX: 04/03/2020 | AMX: |

| SUPERVISION LEVEL: | Parole Minimum Administrative | RISK LEVELS: | Property Risk Low/Assaultive Risk Low |
|---|---|---|---|

PLEASE SEE PV REPORT DATED ON 12-19-16.

## APPREHENDED ABSCONDER SUPPLEMENTAL PAROLE VIOLATION REPORT

### ADDITIONAL PROOFS OF VIOLATION
N/A

### ABSCONDER APPREHENSION
On 12-19-2016, the subject reported to the Lawton Parole Office was taken into custody by MDOC staff due to the expedited warrant that was issued on 12-16-2016.

### NARRATIVE OF ADDITIONAL VIOLATIONS
**Due Process:** Subject served parole violation charges on 12-22-2016 at the Detroit Reentry Center by Agent Bell. He signed all paperwork and requested his preliminary hearing for all counts. Subject was given copies of his charges. The 498 was completed. On 12-29-2016 a preliminary hearing was held at the Lawton Parole Office and was conducted by Supervisor Remillet. Probable cause was found on both counts.

**Parolee's Statement:** (Not Verbatim) "This is not true. They don't have any evidence against me saying that I assaulted anyone. Vernon Reindel is a resident at the community placement facility."

**Availability:** The subject became available to the Michigan Department of Corrections on 12-19-2016

**Court Information:** N/A

182625 - THREATT, ANTHONY
01/11/2017 16:20:16

Page 1 of 2

MICHIGAN DEPARTMENT OF CORRECTIONS
PAROLE VIOLATION REPORT

CFJ-110-A
Rev. 6/01

## ADJUSTMENT

The subject's adjustment to parole can best be described as poor. The subject has been on parole for only one month and has been involved in assaultive behavior. The subject has yet to pay any restitution or crime victim fees.

## RECOMMENDATION

Writer is recommending the subject be returned to prison for the revocation process.

Approved by Sandra Simmons, Supervisor
Date 1/3/17

Exhibit r

MICHIGAN DEPARTMENT OF CORRECTIONS
PAROLE VIOLATION REPORT

CFJ-110
Rev. 6/01

| INSTITUTION: | MDOC Nbr.: | NAME (Last, First) | REPORT DATE: | PREPARED BY: | PHONE: |
|---|---|---|---|---|---|
| Detroit Reentry Center | 182625 | THREATT, ANTHONY | 12/22/2016 | Agent Dana Bell | (313) 368-3200 |

| TYPE OF REPORT: | | RECOMMENDATION: |
|---|---|---|

| X | TECHNICAL | | SUPPLEMENTAL | TBD |
|---|---|---|---|---|
| | FELONY | | SPECIAL INVESTIGATION | |

| VIOLATION DATE: | ACTION WHICH CONSTITUTED VIOLATION ON THIS DATE: | ARREST DATE: |
|---|---|---|
| 12/16/2016 | 04 - Conduct; 04 - Conduct | 12/19/2016 |

| DATE AVAILABLE: | PLACE OF CUSTODY: |
|---|---|
| 12/19/2016 | Detroit Reentry Center |

| DISTRIBUTION: | DRC; PDM; CO | | | | |
|---|---|---|---|---|---|
| PAROLE TERM: | 11/16/2016 | TO 02/16/2018 | PMX: | 04/03/2020 | AMX: |

| SUPERVISION LEVEL: | Parole Minimum Administrative | RISK LEVELS: | Property Risk Low/Assaultive Risk Low |
|---|---|---|---|

## NARRATIVE OF VIOLATION

**Due Process:** Subject served parole violation charges on 12/21/16 at the Detroit Reentry Center by Agent Bell. He signed all paperwork. Subject is requesting his preliminary hearing for all counts. Subject was given copies of his charges. The 498 was completed.

**Parolee's Statement:** "This is not true. They don't have any evidence against me saying that I assaulted anyone. Vernon Reindel is a resident at the community placement facility."

***Subject is requesting a preliminary hearing. No witnessed.

**Residence Info:** "I want to live with my brother Zachery Threatt."

## RECOMMENDATION
Defer to Agent

Approved by: Ursula J. Williams, Supervisor

182625 - THREATT, ANTHONY
01/11/2017 16:20:29

Page 1 of 1

Michigan Department of Corrections                              Parole Board Notice of Action

# PRISONER COPY

| Name: | Number: | Location: | Mailed: |
|-------|---------|-----------|---------|
| THREATT, ANTHONY | C182625 | IBC | 04/19/2017 |

**The Michigan Parole Board,** having attained jurisdiction over the sentence of the
above prisoner, having considered the facts and circumstances involved in this case
and having exercised the discretion granted by the legislature, says as follows:

☒ The Parole Board lacks reasonable assurance that the prisoner will not become
a menace to society or to the public safety and revocation of parole is warranted with
action as follows:

| DECISION DATE: | ACTION: | TERM OF DENIAL: | RECONSIDERATION DATE: |
|----------------|---------|-----------------|------------------------|
| 04/13/2017 | Continue with Interview | 18 Months | 6/19/2018 |

19

**Parole Violations:**

1  On or about 12-16-2016 you were involved in behavior which constitutes a     Dismissed by OFP for Cause
   violation of state law when you physically assaulted Vernon Reindel.

2  On or about 12-16-2016 you engaged in behavior that was assaultive,     Guilty by Hearing
   abusive, threatening and/or intimidating when you physically assaulted
   Vernon Reindel.

RECEIVED

APR 26 2017

LEGISLATIVE CORRECTIONS
OMBUDSMAN

| Name: | Number: | Location: | Mailed: |
|---|---|---|---|
| THREATT, ANTHONY | C182625 | IBC | 04/19/2017 |

**PAROLE VIOLATION ARRAIGNMENT SUMMARY AND PAROLE BOARD ACTION**

**Parolee Comments:**

**Conclusions:**

**Formal Hearing:**

**Procedural Matters:**

Parolee was arraigned on a 2 count Notice and Plea on 1/12/17. At Arraignment he pled not guilty and this case was set for hearing. ALJ Wright presided over the hearing. Michelle Risley represented the State. Paul Toman represented parolee Threatt.

OFP motioned to dismiss count 1. It is duplicative to count 2.
Defense- did not have any objections to the dismissal. He has filed a sexual harassment grievance from this house. P has some mental disabilities. He wants to go to the forensic center.

Motion adjourn. Defense believes P should be reviewed for his mental health. P needs to either be seen by the forensic center or at least assessed by the department's mental health team.
OFP-he has been seen by Mental Health, take testimony from the witness then.
Motion to adjourn granted. When we reconvene, the state has rested their case.

3/15/17
Defense- did not have any objections to the dismissal. He has filed a sexual harassment grievance from this house. P has some mental disabilities. He wants to go to the forensic center.

Defense motioned to adjourn this case because defense believes P's mental health should be reviewed. P needs to either be seen b the forensic center or at least assessed by the department's mental health team.
OFP-he has been seen by Mental Health. He is on medication, take testimony from the witness then.
Motion to adjourn granted. When we reconvene, the state has rested their case.

**Plea Agreement:**

Not applicable.

Exhibit 17

| Name: | Number: | Location: | Mailed: |
|-------|---------|-----------|---------|
| THREATT, ANTHONY | C182625 | IBC | 04/19/2017 |

Summary of Testimony/Evidence:

Exhibits relied on were as follows:
OFP Exhibit #1- video of incident.

The statements relied on were presented as follows:

OFP Case in chief as represented by Michelle Risley-
VERNON REINDEL- p works for OPAT as a house manager. P was a consumer that DOC sent to oversee and feed. There are 6 residents in the building. He had day to day contact with Threatt.

On 12/12/6 P had been aggreseive he went to PCS and told them about the house. Jason Green runs the program. They asked P if he wanted to be moved. P got angry. Jason stepped out, P went to the kitchen and P took a swing on witness. He was to the side and the side was facing P. he struck him in th shoulder with his closed fist. He was not injured.

P then called a relative of his. The nephew came packed P's stuff. They called police but cancedlled them because P left the house.

This was captured on video. See Exhibit #1.

P was at the house 3 weeks prior to this incident. This day he seemed agitated. He was asking questions about Opat company he told him to contact Jason. He had noticed that he became agitated over one week he was there. He was volatile, right on the edge of a blowout.

On cross-examination witness testified that P was still receiving his own medication. Initially, P allowed witness to handle his insulin and later got upset that witness was doing it. There was no change in his medication.

Jason Green is the proprietor of the company. He came to the house so they could talk about the complaints he made earlier. P had complained about mice (which they did have but they are not out of control because they have a killer cat), the wrong medication, and the place was nasty. He did not make any sexual allegations. That's when Jason asked if he wanted to move, P then started cursing and went on a rampage.

He did not make any sexual allegations at the time Jason was there.

STATE RESTED

Defense case in chief as presented by Paul Toman-

Motion to adjourn based on P's change in behavior and not medication. Defense would like him evaluated by either the Forensic Center or MDOC mental health department.

3/15/17
Case reconvened after P was found competent to stand trial:
Defense motioned to substitute his attorney. Mr. Toman indicated that P does not want Toman to represent him. There h been very little contact other than Mr. Threatt being sent to a local psychologist and he was found to be competent.

P stated that he does not want Toman because they have never discussed a defense. He did not get any of the evidence that is against him and states he did not get any of inform about the PREA investigation. ALJ denied the motion to substitute his attorney finding that P has no experience in hearings, trials, or leading an examination. He does not have a law degre and has not been to law school. His protected interest here is his freedom. Comparing his experience to that of Mr. Toman's, clearly fails in comparison. Mr. Toman has the greater ability to protect parolee's interest. Further, p's reasons wanting to substitute his attorney were because Toman would not ask questions about his insulin, PREA investigation, th witnesses telling lies, and the date on the video machine was off. Questions about parolee's medication was addressed o prosecution's case in chief. Issues about a sexual assault were explored on case in chief. However, witnesses state that complaints were made prior to this incident. The credibility of the witness's testimony will be determined in ALJ's findings. Finally, the date difference on machine is a phenomenon that occurs from machine to machine. The timing of this alleged incident is not at issue and this appears to be a side issue having little to no importance. Attorney Toman stated that there has not been a breakdown in communication to the degree he cannot represent parolee. Motion denied.

Parolee then stated that he did not wish to stay any further and left the hearing room.

Defense rested.

EXHIBIT "I"

**Michigan Department of Corrections**                     **Parole Board Notice of Action**                     Page 4 of 5

| Name: | Number: | Location: | Mailed: |
|-------|---------|-----------|---------|
| THREATT, ANTHONY | C182625 | IBC | 04/19/2017 |

**Finding of Fact/Conclusion of Law:**

The evidence presented provides a sufficient factual basis to find parolee violated his parole when he assaulted Vernon Reidel, a worker at the where he resided. The evidence shows that parolee had been at the home for approximately 3 weeks. Within one week of being there staff noticed he would get agitated from time to time. The evidence shows that he made complaints about the general cleanliness of the house. On 12/12/16 P made a complaint and Jason Green, the proprietor of the home, came to the house and ask if P wanted to move. P became upset and pursuant to Vernon Reidel's testimony, he hit Vernon in the shoulder with a closed fist. Parolee stood mute to the assault. However, a video of the incident was entered and speaks loudly as to the actual accounts of what took place. P's argument during his motion regarding the timing on the machine being off does not go to the heart of the matter which is whether or not the evidence presented is sufficient to prove by preponderance of the testimony and exhibits presented to show P committed the assault. I find that it is. Reidel was the complainant in the this case and his testimony was consistent with the allegatic and the video. The video clearly shows a man, identified as Reidel, being assault by another, identified as parolee. Therefore, the evidence is replete to a preponderance level. Count 2 is UPHELD.

Count 1 was dismissed pursuant to OFP's motion.

**Mitigation Summary:**

OFP waived mitigation.

Defense waived mitigation because parolee left the hearing before it was completed.

Parolee Threatt is serving on his C prefix for Aggravated Stalking (fourth felony). He was released on 11/16/16 and was on parole a short while prior to committing this violation which is assaultive. Clearly, from his behavior at the hearing parolee has some mental health matters that should be researched. I recommend a continuance.

---

**REASONS IN SUPPORT OF PAROLE BOARD ACTION:**

**PLAN Changes:**

**Parole Violation**

The violation(s) is illustrative of risk to the community

The assaultive nature of the violation(s) shows that risk remains

---

**RECOMMENDATIONS FOR CORRECTIVE ACTION WHICH MAY FACILITATE RELEASE:**

Demonstrate responsible behavior by earning positive reports in any programs you may be involved in

Demonstrate responsible behavior by avoiding situations which result in misconduct citations

**Michigan Department of Corrections**                    **Parole Board Notice of Action**

| Name: | Number: | Location: | Mailed: |
|---|---|---|---|
| THREATT, ANTHONY | C182625 | IBC | 04/19/2017 |

**RECOMMENDATIONS FOR CORRECTIVE ACTION WHICH MAY FACILITATE RELEASE:**

Demonstrate leadership qualities by participation in department sanctioned activities

Provide additional demonstration of positive prison behavior during the period of the continuance

Comply with any recommendation for psychological screening and/or therapeutic programming when referred.

## *COMPLETION DOES NOT GUARANTEE A POSITIVE ACTION*

| | |
|---|---|
| *Jerome L. Warfield, Sr.* | *Anthony E. D. King* |
| WARFIELD, JEROME, SR.   4/5/2017 | KING, ANTHONY   4/13/2017 |

Exhibit-G

STATE OF MICHIGAN
**DEPARTMENT OF CORRECTIONS**
LANSING

RICK SNYDER
GOVERNOR

HEIDI WASHINGTON
DIRECTOR

March 8, 2017

Mr. Paul Toman
Attorney at Law
P.O. Box 16097
Lansing, MI 48901-6097

### RE: THREATT, ANTHONY C182625

Dear Mr. Toman:

We have been advised that you will represent the above named parolee at his forthcoming Lawton Video Parole Hearing scheduled for **Wednesday, March 15, 2017 at 1:00 pm, at Charles Egeler Facility, 3855 Cooper Street, Jackson, Michigan.**

The purpose of this hearing is to determine whether a violation of parole was committed, and if so, whether revocation is the appropriate disposition.

Attached is a copy of the parole violation report, alleged violations, parole certificate, and other pertinent documents. Kindly have any witnesses bring picture identification with them and arrive 30 minutes before the hearing. Minor witnesses need to be accompanied by either a parent or legal guardian.

If we can be of assistance to you in this matter, please feel free to contact this office.

Sincerely,

*Michelle Risley, Specialist*

Michelle Risley, Specialist
Office of Parole & Probation Services
Field Services Section
TX:(517)780-5964

Enc.
cc:   Parolee Threatt #182625

EXHIBIT C-1

## PRISONER KITE

4835-3105
CSJ-105 07/05

Name _Threatt -El_  No. _182625_  Date _12/29/_

Assignment _None_  Lock _5-A-29-L_

_Grievance Coordinator_

_Send me step two to P.R.F-1612-008430286, P.R.F. 1612-008380285_

_P.S. do you have a grievance so I can file an my parole Agents thats at Wayne / Detroit Metro District/Prob/Par/Ref. Lawton Place 5300 Lawton Detroit MI. 48208_

_Threatt-El_
_182625_

_12/29/16_

GRIEVANCE COORDINATOR
KIMBERLY CURRIE
JAN 05 2016
DETROIT REENTRY CENTER
RECEIVED

_The Housing Unit Officer can issue a grievance to file with PDRe_

EXHIBIT B-1-A

**PRISON RAPE ELIMINATION ACT (PREA)**
**PRISONER GRIEVANCE FORM (STEP I)**

CAJ-1038A
04/2016

**Instructions:** This form is only to be used to file a grievance alleging sexual abuse. The PREA Grievance process is a two-step process including the PREA Prisoner Grievance (Step I) and the PREA Prisoner Grievance Appeal (Step II). The Step II decision constitutes the agency's final determination. The Goldenrod copy of this form is to be retained by the grievant/ victim, all other copies must be submitted to the PREA Coordinator.

INSPECTOR
DETROIT REENTRY CENTER
Date Received by PREA Coordinator/Inspector:

JAN 05 2017

Grievance Identifier:

D R C 1 7 0 1 0 0 0 0 4 P R E A E

**Be brief and concise in describing your PREA allegation.** If you have any questions concerning the PREA Grievance procedure, refer to PD 03.03.140 available in the Prison Library.

| Name (print last, first) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Threatt Anthony | 182625 | D.R.C. | 5-A-29 | 12/16/16 ON GOING | 12/28/16 |

State clearly and concisely the PREA allegation. Use separate PREA Grievance forms for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documentation (if provided) must be submitted with this form. PREA Grievances must be submitted in accordance with PD 03.03.140. Indicate whether this is a PREA Grievance, an Emergency PREA Grievance or a Third-Party PREA Grievance.

[ ] PREA Grievance   [✓] Emergency PREA Grievance   [✓] Third-Party PREA Grievance

When I Arrived At 936 E. Grand Blvd. Det. MI. 48207 Vernon Reinckel asked me was I a sissy/fag. on 11/16/16. then continued to drop gay joes on me I told him to stop playing with me with that gay stuff. he continued. I notice he would give guys inside of the house money to buy cigs, for exchange for sex. everybody who does not get with his programe have them put out of the house. by lying to Jason Green, However I notice that he was given me the wrong medications and too much medication trying to knock me out. to have sex with me or rape me. I fed up with his sexual harassment, and told my P.C.S provider.

Anthony Threatt-El 182625
Grievant's Signature

[ ] Yes
[ ] No

Victim Authorizes Third-Party Filing

**RESPONSE:**

Allegation Investigated?  [ ] Yes  AIPAS No: ___   [X] No   (If No, give detailed explanation.)

See Response Letter

| | | |
|---|---|---|
| K. Walton (signature) | 1/5/17 | Anthony Threatt-El 182625 (signature) | 1/5/17 |
| Respondent's Signature | Date | Prisoner's Signature | Date |
| K. WALTON | AD Inspector | Anthony Threatt-El 182625 | 182625 |
| Respondent's Name (Print) | Working Title | Prisoner's Name (Print) | Number |

DISTRIBUTION: White-PREA Coordinator/Return to Grievant/Victim; Canary-Investigation Packet; Pink-PREA Administrator; Goldenrod-Grievant/Victim

Michigan Department of Corrections

PREA GRIEVANCE RESPONSE LETTER

DATE: January 5, 2017

LOCATION: DRC

---

TO:          Anthony Threat-El #182625 (5A-29L)

FROM:        K. Walton, Acting Inspector/PREA Coordinator

SUBJECT:     Emergency PREA Response #DRC170100002PREAE


Your Step 1 grievance was received in this office on **1/5/17** and was rejected due to the following reason:

Your Emergency PREA Grievance regarding sexual abuse/harassment has been received and reviewed. You have alleged you are in substantial risk of imminent sexual abuse. The Warden has determined you are not at risk as you have indicated. A copy of this Emergency PREA Grievance has been forwarded to the PREA Administrator for the agency's final decision documenting whether you may be in substantial risk of imminent sexual abuse.   You will remain in general population.

This Emergency PREA Grievance is considered responded to and closed. Should you have additional issues you wish to address, you may submit an additional PREA Grievance for those issues which fall under the jurisdiction of P.D. 03.03.140.


_Anthony Threat-El 182625_     _1/5/17_

Respondent                        Date

*Exhibit-G-1-B*

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISON RAPE ELIMINATION ACT (PREA)**
**AUTHORIZATION FOR RELEASE OF INFORMATION**

CAJ-1028
12/13

**INSTRUCTIONS:** To be completed when a prisoner has alleged to MDOC staff to be a victim of sexual abuse that occurred in the community and has requested that the allegation be referred to law enforcement. A copy of this form shall be maintained for the PREA Audit.

**BASIC INFORMATION**

| Prisoner Name | Prisoner Number |
|---|---|
| Anthony Threatt - EL | 182625 |
| Date of Incident | Incident Location (City and State) |
| 12/16/2016 | 936 E. Grand Blvd. Detroit Michigan |
| Referred to (Law Enforcement Agency) | Date of Referral |
| | |

Incident Details
Parolee Anthony Threatt- El stated while at 936 E. Grand Blvd. in Detroit, Michigan, Vernon Reindel asked him was he a sissy/fag on 11/16/16 and continued verbally harass him. Threatt also states Vernon Reindel give guys inside of the house money to buy drugs for exchange for sex and attempts to have people put out of the house by lying to Jason Green. Threatt states he is given the wrong medications and too much medication in attempts to knock him out to have sex/or get raped. Threatt states he is fed up with the sexual harassement and told his PCS provider.

**RELEASE**

I hereby authorize the release of the above information from the Michigan Department of Corrections, including its authorized agents, to the agency listed above, including but not limited to the appropriate law enforcement agency, and any prosecutor's office. The release pertains only to the above incident details. The Michigan Department of Corrections is released from any and all liability for disclosure of the above information.

Prisoner Signature: *Anthony Threatt-El 182625*      Date: *1/5/17*

Witness Signature: *K. Walto*      Date: *1/5/17*

Printed Name: *K. WALTON, Acting Inspector*

Exhibit

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I _____ DEC 2 8 2016 _____   Grievance Identifier: _____

Be brief and concise in describing your grievance issue.  If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Threat | 182605 | D.R.C. | S.A.C. | 10/16/16 | 12/6/16 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why. I tried to tell my P.O.s coordinator, my phone Agent. And to get someone to investigate mental ill complaint of abuse. Also to get a lawyer investigate mental ill...

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. Every day that I was at the homeplacement on 950-E. Grand Blvd Detroit Michigan 48207 I was sexually harassed by hired parties who work for one person at a time I was denied my mental and physical medications. Also by bed. My insulin medication was made up ahead of time And left in the frezz which anybody could have put something inside my insulin? There were mice running all over the food on the shelve the cat was being to be sexual, stuffing them in the huge bugs fly me around the house. I could not take it no more And left got the hell out of...

Grievant's Signature _____

**RESPONSE** (Grievant Interviewed?   ☐ Yes   ☑ No      If No, give explanation.  If resolved, explain resolution.)

GRIEVANCE COORDINATOR
**KIMBERLY CURRIE**
DEC 2 8 2016
DETROIT REENTRY CENTER
**RECEIVED**

Respondent's Signature _____
Respondent's Name (Print) _____

Reviewer's Signature _____    Date _____
Reviewer's Name (Print) _____    Working Title _____

| Date Returned to Grievant: 12/28/16 | If resolved at Step One, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One;  Goldenrod — Grievant

Michigan Department of Corrections
GRIEVANCE REJECTION LETTER

DATE:        12/28/2016

TO:        THREATT, ANTHONY    182625        LOCATION:    PRF        5A-29L

FROM:      Grievance Coordinator:   CURRIE, K. CRR

SUBJECT:   Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding        lack of jurisdiction-out side agency
was received in this office on   **12/28/2016**      and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that is lacks jurisdiction.**

Any future references to this grievance should utilize this identifier:

        PRF    /   2016  /   12  /  0843   /  28G

GRIEVANCE COORDINATOR
**KIMBERLY CURRIE**

DEC 2 8 2016

DETROIT REENTRY CENTER
**RECEIVED**

_____        _____
Respondent                      Date        Reviewer                   Date

Exhibit-G-1-c

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

DATE:        12/27/2016

TO:        THREATT, ANTHONY      182625        LOCATION:   PRF      5A-29L

FROM:      Grievance Coordinator:  CURRIE, K. CRR

SUBJECT:   Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding       lack of jurisdiction-out side agency
was received in this office on   12/27/2016     and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that is lacks jurisdiction.**

Any future references to this grievance should utilize this identifier:

PRF      /   2016 /   12 /  0838   / 28G

GRIEVANCE COORDINATOR

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I: DEC 27 2016

Grievance Identifier: [illegible handwritten identifier]

**Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.**

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Johnson [illegible] | 15262[illegible] | D.R.C. | 5-A-[illegible] | 12/[illegible] | [illegible]2016 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 12/[illegible] – 12/[illegible]
If none, explain why. There were no understanding between me and Vernon Reindel about paying rent of the Furniture. We the state pay our rent and we have to [illegible] [illegible] this is not [illegible] [illegible] the parolee Vernon Reindel and [illegible] to do things [illegible] have us put out [illegible] [illegible]

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. This grievance is filed under the A.D.A. (American Disability Act) The M.D.O.C. has me living at (one person at a time) 950 E. Grand Blvd. Detroit Michigan 482[illegible] with a parolee name Vernon Reindel running the house for Shawn Green. This parolee Vernon Reindel were on tether and parole trying to [illegible] [illegible] prisoners in the house and is a direct violation of P.D. 03.03 [illegible] P.D. [illegible] This parolee Vernon Reindel also use to lie on prisoners/parolees, and have Shawn Green to put them out of the house he [illegible] [illegible] [illegible] If you investigate you will find that Vernon Reindel had a problem with the last five parolees at this house [illegible] to Shawn Green and he [illegible] Vernon Reindel [illegible] the parolee at this house [illegible] to be [illegible] [illegible] [illegible] [illegible]

[illegible signature] 15262[illegible]
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No If No, give explanation. If resolved, explain resolution.)

See attached [illegible]

GRIEVANCE COORDINATOR
KIMBERLY CURRIE

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| [signature] | DEC 27 2016 | [signature] | 12/[illegible] |

| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |
|---|---|---|---|
| [illegible] | DETROIT REENTRY CENTER RECEIVED | [illegible] | [illegible] |

| Date Returned to Grievant: DEC 28 2016 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I ___JAN 0 5 2017___   Grievance Identifier: _____

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | 18_____ | LRF | | | |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why. _____

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____

_____ Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☒ No   If No, give explanation.  If resolved, explain resolution.)

GRIEVANCE COORDINATOR
**KIMBERLY CURRIE**

JAN 0 5 2017

DETROIT REENTRY CENTER **RECEIVED**

_____   _____   _____
Respondent's Signature      Date / Working Title        Reviewer's Signature      Date

_____   _____   _____
Respondent's Name (Print)   Working Title               Reviewer's Name (Print)    Working Title

| Date Returned to Grievant JAN 0 9 2017 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

DATE:  1/5/2017

TO:   THREATT, ANTHONY 182625   LOCATION: PRF  5A-29L

FROM:  Grievance Coordinator: CURRIE, K. CRR

SUBJECT: Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding **lack of jurisdiction-out side agency**
was received in this office on **1/5/2017**  and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that is lacks jurisdiction.**

Any future references to this grievance should utilize this identifier:

     PRF  / 2017 / 01 / 0011 / 28G

       GRIEVANCE COORDINATOR
       **KIMBERLY CURRIE**

       JAN 0 5 2017

     DETROIT REENTRY CENTER
      **RECEIVED**

Respondent      Date   Reviewer      Date

Exhibit 1-6-6

MICHIGAN DEPARTMENT OF CORRECTIONS

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

Grievance Identifier: _PRF1701006M 006I_

Date Received by Grievance Coordinator
at Step II: _____

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the ~~response if it has~~ not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

RECEIVED MDOC
JAN 26 2017
Office of Legal Affairs

directed to _Admin Asst_
~~untimely.~~

If you ~~should~~ decide to appeal the Step I grievance response to Step II, your appeal should be
_J.Nolton_ by _1/18/17_. If it is not submitted ~~by this date, it will be considered terminated.~~

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Threatt | 182625 | PRF | SA-29 | 12/16/16 | 1/1/17 |

**STEP II** — Reason for Appeal

| | Date Received by Step II Respondent: |
|---|---|

**STEP II** — Response

| | Date Returned to Grievant: |
|---|---|

Respondent's Name (Print) _____  Respondent's Signature _____  Date _____

**STEP III** — Reason for Appeal They CLAIM this grievance request is untimel
when was send back to me. and the date I request
look At the date step-one was send back to me. and the date I request
step two. NoW who do I file the grievance with for unsafe condition, esp
is I Am still up under M.D.O.C. Jurisdiction? who else can us mental, ill pa
complain to. especially when our life, safety and health is in danger this
ted P.D. 03.03.130 when parolee Vernon Reindel is A threat to other parolee

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant



STATE OF MICHIGAN
**DEPARTMENT OF CORRECTIONS**
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

86896

## STEP III GRIEVANCE DECISION

28G

**To Prisoner:** Threatt                    **#:** 182625    7-223-B

**Current Facility:** ~~186~~

**Grievance ID #:** PRF-17-01-0011-28G

**Step III Received:** 1/24/2017

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

## THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

*R D Russell*

Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

**Date Mailed:**    APR 1 1 2017

cc: Warden, Filing Facility: **PRF**

Exhibit: 6-F

MICHIGAN DEPARTMENT OF CORRECTIONS 4835-4247 10/94
CSJ-247A

# PRISONER/PAROLEE GRIEVANCE FORM

Date Received at Step I JAN 05 2017 Grievance Identifier: [illegible]

**Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.**

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Thompson [illegible] | [illegible] | DRC | [illegible] | [illegible] | [illegible] |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? [illegible]
If none, explain why. There were no understanding between us. It should be noted that me and the other mental health guys there have to give up our [illegible] in [illegible] for [illegible] parolee Vernon Remdel [illegible] and [illegible]

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. By the M.D.O.C. [illegible] Mental health coordinator provider Milton Carmen [illegible] knowing the rules that govern placement for M.D.O.C. mental health parolees he willingly violated P.D. 03.03.110 P.D. 02.03.100 when he placed me (and other mental health parolees) inside of a unsafe home placement at [illegible] Grand Blvd, Detroit Michigan [illegible] where there were mouse, roaches all over the floor on the [illegible] [illegible] crawling in the [illegible] of the house. They had a parolee on parole name Vernon Remdel given us mental health meds and insulin medication who did not know what he was doing. Vernon Remdel was also [illegible] the [illegible] of the house [illegible] [illegible]

Grievant's Signature [illegible]

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No If No, give explanation. If resolved, explain resolution.)

See attached

GRIEVANCE COORDINATOR
KIMBERLY CURRIE
JAN 05 2017
DETROIT REENTRY CENTER
RECEIVED

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: JAN 09 2017 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Michigan Department of Corrections
**GRIEVANCE REJECTION LETTER**

DATE:      1/5/2017

TO:        THREATT, ANTHONY    182625        LOCATION:   PRF        5A-29L

FROM:      Grievance Coordinator:   CURRIE, K. CRR

SUBJECT:   Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding        lack of jurisdiction-out side agency
was received in this office on   1/5/2017        and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that is lacks jurisdiction.**

Any future references to this grievance should utilize this identifier:

PRF    /   2017 /   01 /  0009   /  28G

GRIEVANCE COORDINATOR
KIMBERLY CURRIE

JAN 0 5 2017

DETROIT REENTRY CENTER
RECEIVED

_____            _____
Respondent                    Date        Reviewer            Date

1/6/17

Exhibit # G-1-6

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Grievance Identifier: PRF17010000910289

Date Received by Grievance Coordinator
at Step II: _____

RECEIVED - MDOC
JAN 25 2017
Office of Legal Affairs

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE ~~if you have not been provided~~
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy of this form if you appeal it at both Step
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

by S. Morton Admin Asst. Untimely.

If you should decide to appeal the Step I grievance response to Step II, your ap...  C. Morton by 1/18/17. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony, Threatt | 182625 | PRF | 6A-29 | OH going 12/16/16 | 1/19/17 |

**STEP II — Reason for Appeal**

**STEP II — Response**

Date Received by
Step II Respondent:

Date Returned to
Grievant:

Respondent's Name (Print) | Respondent's Signature | Date

**STEP III — Reason for Appeal** They claim this was untimely but the step one was
returned on 1/9/17. My request for step two was received on 1/16/17 so how
it be untimely. Whom else can I file a grievance with on P.C.S. for...
they are a part of the M.D.O.C. contractor? and mental health? P.D. 03.0...
this is not the first complaint Milton Carthens than has a...
this O.P.C home with parolee Vernon Reindol involved with other parole...
was violated here

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

Grievance Coordinator.

Exhibit G-
1-

here concerning my health, Safety do to my     I filed a grievance
PREA·Complaint. And I haven Received a grievance
identifier number yet? It was send to the inspect-
ealth care, and Mental health, I feel that my do process
ights was violated at R.G.C. At my parole Revocation hear.
ng without a law or me present. this is what I am talking
bout inside of my grievance filed with you?

7/15/17 Thru the PREA going). Theatt 182625
       you Grievance is going)
Process. Read the Policy, 3-259·B

STATE OF MICHIGAN
**DEPARTMENT OF CORRECTIONS**
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

86897

To Prisoner: Threatt, Anthony          #: 182625

Current Facility: ~~[redacted]~~          7-225-B

Grievance ID #: **PRF-17-01-0090-28A**

Step III Received: **1/24/2017**

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

**THE REJECTION IS UPHELD.** However, the code has been changed to reflect a duplication of PRF-17-01-0011-28G. All future reference to this grievance should use the code PRF-17-01-0090-28A.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

Date Mailed:

APR 1 1 2017

*Richard D. Russell*
**Richard D. Russell, Manager**
**Grievance Section, Office of Legal Affairs**

cc: Warden, Filing Facility: **PRF**

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909

Exhibit G-1-I

Grievance Coordinator,                    Exhibit G-1-I

1) Who do I file my grievance with, when my pa-
role agent, supervisor does not respond to my grievance
filed with them? Lansing

2) Who do I grievance, and file my grievance to
when my parole revocation hearing, rights was violated
at my parole revocation hearing? Parole Board
Grievance Coordinator at the Facility.

March 20, 2017                    Thrcatt-El # 182625
                                  3-259-B

Exhibit - G - 1 ~ J

GRIEVANCE Coordinator,                              Exhibit - G - 1 - J

               What happen to My grievance
CONCERNING staffs Acting with deliberate indifference to
1y safety and health, do to my P.R.E.A. Complaint can get alot
of people's fired and sued for not Reporting Parolee VERNON
lewdel sexual behavior toward Me, and other Mental ill paro-
'ee's. It been since February 2017 since filed here. The Om-
budsman said Lansing only have two P.R.E.A. Complaints of
Mines. And the M.D.O.C. INTERNAL Affairs turned one -
over to the Detroit Police, who contacted Me last week.
is where is this grievance At?
      You Must Kite - C. Wakefield/          Inspecton

4/20/17  I have  nothing  to do  with        Threatt 182625
         PREA  GRIEVANCES.                    7-223-B

Exhibit - G-1-F

# MICHIGAN DEPARTMENT OF CORRECTIONS

*"Committed to Protect, Dedicated to Success"*

## MEMORANDUM

**DATE:** 4/21/17

**TO:** Threatt #182625  7-223B

**FROM:** Grievance Coordinator M. Robinson

**SUBJECT:  PREA GRIEVANCES/KITES**

The PREA complaint you filed has been referred to the PREA investigator. Your PREA complaint will **NOT** be handled as a grievance under PD 03.02.130 "Prisoner/Parolee Grievances" but will be handled as a PREA grievance as detailed in DOM 2016-29 Prisoner Rape Elimination Act (PREA) Grievance Process, and in accordance with the postings of the NOTICE TO PRISONERS, PRISON RAPE ELIMINATION ACT GRIEVANCE PROCESS posted in each housing unit.

Please utilize the PREA Prisoner Grievance Form (STEP I) (CAJ-1038A) for filing a PREA complaint as stated below:

A prisoner shall use the Prison Rape Elimination Act (PREA) Prisoner Grievance Form (STEP I) (CAJ-1038A) to file a PREA grievance. The forms may be completed by hand or be typewritten. However, the handwriting must be legible. The issue(s) should be stated briefly but concisely and limited to PREA issues. Information provided is to be limited to the facts involving the PREA issue being grieved (i.e., who, what, when, where, why, how). Dates, times, places, and names of all those involved in the issue being grieved are to be included. Information should be confined to the form and not written on the back, sides, or margins of the form, or in the response area. Additional pages may be attached to the grievance form if necessary to provide required information. However, prisoners are encouraged to limit the information to the grievance form itself. If additional pages are necessary, the prisoner must submit four copies of each additional page at Step I and if appealed, to Step II.

A prisoner may file a PREA grievance at any time by submitting a completed PREA Prisoner Grievance Form (STEP I) (CAJ-1038A) with the facility PREA coordinator or inspector of the institution at which the prisoner is housed. Prisoners are not required to use any informal grievance process, or to otherwise attempt to resolve an alleged incident of sexual abuse before filing a PREA grievance.

Any non-PREA issues reported on the same Step I form as the reported PREA issue must be resubmitted individually pursuant to PD 03.02.130 "Prisoner/Parolee Grievances".

Exhibit-6-1-b

Exhibit-6-1-b

## Grievance Coordinator

Who do I get steptwo
P.R.E.A. Grievance form from for grievance
No.ª DRC.1701-00002-PREA-E and Threatt-vs-
Reindel No.ª IN-08-61-0001-17, Investiga-
ted findings by supervisor Ms.Monica Swain
P.O.A. Detroit Michigan Parole office. How
do I get her findings of the investigation?
that was never send to me,

Anthony Threatt 182625

4/29/17

Inspector C. Wakefield

Exhibit-G-1-M

Exhibit-G-1-M

GRIEVANCE COORDINATOR,

to RGC 2017-041-0347-27D          send me step two

YOU   MUST   Contact   the   GRIEVANCE
COORDINATOR   At   RGC.

! 5/3/17                          Nicett Sl-182625

                                 7-223-B

Exhibit: G-1-N

GRIEVANCE COORdinator                    Exhibit G-1-N

                    send me step two to
GRIEVANCE I.B.C. ~~2016~~ 2017-05-0941-28 G,
9.5. I AM talking About the GRIEVANCES
that I filed here peRtAINING to P.R.E.A.
where is those Responses and Identifier
numbers at ? Kite  C. Wakefield. I have
       Nothing to do with PREA
       GRIEVANCES.                    Tinnell #218265
3/11/17                               7-223-B

Exhibit-G-1-0

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

MAY 3 0 2017

4835-4248 12/97
CSJ-247B

Date Received by Grievance Coordinator
at Step II __5·18·17__

Grievance Identifier __I B C 1795 09 4 1 28 G__

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I resonse in a timely manner) MUST be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: __M. Vroman__
Step II Grievance Coon by __6/6/17__. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909

| Name (first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Threatt | 182625 | I.B.C | 7-223-B | 3/3/15 on going | 3/15/17 |

STEP II – Reason for Appeal They Misinterpreted what I was saying
I am talking about all of the P.R.E.A. Grievances that
I filed at I.B.C. here. Not for D.R.C. 1701-0000 PRE
& And Threatt v3. Reindl #IN-08-61-0001-17. these was only a
figure of ~~speech~~ speech they was not filed her anyway. So
will you send me the response's to step grievances that I
filed here so I can move forward on my P.R.E.A. Grievances?

| Date Received by Step II Respondent |
|---|
| 5·18·17 |

STEP II – Response

*See attached.*

T. TRIERWEILER    [signature]    5-22-17
Respondent's Name (Print)   Respondent's Signature   Date

| Date Returned to Grievant |
|---|
| 5/25/17 |

STEP III – Reason for Appeal They are not sending me none of my
step one response's or Grievance Identifier numbers, to
the Grievance's that I filed here at I.B.C. sence I got
here February 2017. to May of 2017. Concerning P.R.B.A. they
keep on getting my Grievances here I filed that its talking about
with another Grievance that I filed at D.R.C. Please clear this

NOTE: Only a copy of this appeal and the response will be returned to you.

STEP III – Director's Response is attached as a separate sheet.

If you find the Step III Director's response unsatisfactory, you have the option of referring the grievance to the Office of Legislative Corrections Ombudsman, 4th Floor, Capitol Hall, 115 W. Allegan, Lansing, Michigan, 48913.

DISTRIBUTION:   White – Central Office;   Green - Canary – Step III;   Pink – Step II;   Goldenrod – Grievant

Exhibit-G-1-O



STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

**STEP III GRIEVANCE DECISION**

90441
28G

**To Prisoner:** ▉▉▉▉▉   **#:** 182625

**Current Facility:** IBC                        7-223-B

**Grievance ID #:** IBC-17-05-0941-28G

**Step III Received:** 5/30/2017

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

**THE REJECTION IS UPHELD.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

_Richard D. Russell_

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

**Date Mailed:**

JUL 1 2 2017

cc: Warden, Filing Facility:  IBC

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909

Exhibit-G-1-P

Exhibit-G-1-P

GRIEVANCE COORDINATOR.   PREA Coord.

KITE C. WAKEFIELD the PREA Response
~~I have~~ Nothing to do with PREA Response's

{Why would yall hold
step one Responses if
they have Nothing to
with yall! why hold them

A GRIEVANCE WAS sent to YOUR office last week CONCERNING why I WAS Not Receiving My Grievance's back, the step one Responses, yall SAY that yall Not involved, but yall Keep on trying to cover up a crime done to Me, which is involving yall to e liable for yall Actions, which is A CRIMINAL off-ense under State and federal LAWS. Which All yall nave to do is give Me My step one Response's, olding them, is proving yall guilt and involvement here.

6/14/17  ~~Kite~~ C. Wakefield the   Threat# 182623
PREA Coordinator   72223 D.

Exhibit - G-1-P

hREATH-EL #182625
7-223-B

TO: ~~Grievance Coordinator~~
~~E.R.C~~

I.D.
Mail

Exhibit-G-1-Q

MICHIGAN DEPARTMENT OF CORRECTIONS

**PRISON RAPE ELIMINATION ACT (PREA)**
**PRISONER GRIEVANCE APPEAL FORM  (STEP II)**

CAJ-1038B
04/2016

**Instructions:** This form is only to be used to appeal a response to a Prisoner PREA Grievance.  The white copy of the PREA Prisoner Grievance Form (CAJ-1038A) or Goldenrod copy, if you have not been provided with a response in a timely manner, must be attached to this form in order to process your appeal.

Date Received by PREA Coordinator/Inspector:

_____

Grievance Identifier:

| | | | | | | | | | | | | **P** | **R** | **E** | **A** | |

Compl. IN-08-61-0001-17

If you appeal your PREA grievance response, your appeal should be directed to the PREA Administrator by: _____ .  If it is not submitted by this date, it will be considered terminated/untimely filed.

Your appeal should be clearly marked "PREA Prisoner Grievance Appeal" and mailed to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print last, first) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Ihreath-El | 182625 | L.R.F. | C-20-B | 12-16-16 | 9/8/17 |

**REASON FOR APPEAL:** I feel that All MONICA SWAIN done was try to cover up VERNON Reindel #575882 wrong doings to me, when he grabbed my penis, because the video CAMERA caught him on CAMERA that was ot producted. (B) My P.R.E.A. complaint would have gotten my parole agent fire ur not Reporting Reindel #575882 sexual behavior toward us Mentally i like Parolees, who was living in this Adult foster Care home that was not von licensed by the state of Michigan. I never received A response of he complaint. Not even to this very day. Complaint Number are IN-08-61-0001-17 done by MONICA SWAIN to this day I still have Not get A response to this complaint.

**RESPONSE:**

Date Received by
PREA Administrator:

_____     _____     _____
Respondent's Name/Title (Print)     Respondent's Signature     Date

Date Returned to
Grievant:

**NOTE: Only a copy of this appeal and the response will be returned to you.**

DISTRIBUTION:  White – PREA Administrator; Canary – Grievant

Exhibit-G-(-K

MICHIGAN DEPARTMENT OF CORRECTIONS

**PRISON RAPE ELIMINATION ACT (PREA)**
**PRISONER GRIEVANCE APPEAL FORM  (STEP II)**

CAJ-1038B
04/2016

**Instructions:**  This form is only to be used to appeal a response to a Prisoner PREA Grievance. The white copy of the PREA Prisoner Grievance Form (CAJ-1038A) or Goldenrod copy, if you have not been provided with a response in a timely manner, must be attached to this form in order to process your appeal.

Date Received by PREA Coordinator/Inspector:

_____

Grievance Identifier:

| | | | | | | | | | | | | **P** | **R** | **E** | **A** |

If you appeal your PREA grievance response, your appeal should be directed to the PREA Administrator by: _____ . If it is not submitted by this date, it will be considered terminated/untimely filed.

Your appeal should be clearly marked "PREA Prisoner Grievance Appeal" and mailed to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print last, first) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Threatt-Fl | 182625 | L.R.F. | C-20-B | 2/11/17 | 9/9/17 |

**REASON FOR APPEAL** (1) I never received a response back from the investigation that the incident occurred in Jackson Feb. 2017 The camera was direct evidence that was not reviewed they cover this up in R.G.C never sent an response back to me period*

**RESPONSE:**

Date Received by
PREA Administrator:

_____   _____   _____
Respondent's Name/Title (Print)      Respondent's Signature      Date

Date Returned to
Grievant:

**NOTE: Only a copy of this appeal and the response will be returned to you.**

DISTRIBUTION:  White – PREA Administrator; Canary – Grievant

Exhibit-B-1-0

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-1038B
04/2016

**PRISON RAPE ELIMINATION ACT (PREA)**
**PRISONER GRIEVANCE APPEAL FORM  (STEP II)**

**Instructions:**  This form is only to be used to appeal a response to a Prisoner PREA Grievance.  The white copy of the PREA Prisoner Grievance Form (CAJ-1038A) or Goldenrod copy, if you have not been provided with a response in a timely manner, must be attached to this form in order to process your appeal.

Date Received by PREA Coordinator/Inspector:

_____

Grievance Identifier:

| | | | | | | | | | |P|R|E|A| |

If you appeal your PREA grievance response, your appeal should be directed to the PREA Administrator by: _____ .  If it is not submitted by this date, it will be considered terminated/untimely filed.

Your appeal should be clearly marked "PREA Prisoner Grievance Appeal" and mailed to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print last, first) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Throgh-EL | 182625 | L.K.F. | C-20-B | since Feb 2016 | 5/9/17 |

**REASON FOR APPEAL**   I filed grievances At I.B.C. And
Never received A Response on them period
it was cover up, to protect M.D.o.c. employ-
ee's from there wrongdoings,

**RESPONSE:**

Date Received by
PREA Administrator:

_____      _____      _____
Respondent's Name/Title (Print)          Respondent's Signature          Date

Date Returned to
Grievant:

**NOTE: Only a copy of this appeal and the response will be returned to you.**

DISTRIBUTION:  White – PREA Administrator; Canary – Grievant

Exhibits G-111

4835-4248  5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: 10/4/17

Grievance Identifier: LRF 17 09 01 549 27Z

28C

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

OCT 17 2017

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: LRF

Grievance Coor   by 10/3/17 . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Thacattel | 188425 | L.R.F. | C-24-B | 9H 52 9N5 Plsalem | 10/2/17 |

**STEP II – Reason for Appeal** This grievance deals with one issue which
is Acting with deliberate indifference to my P.R.E.A. compl-
iant by coving up an investigation. Which P.D. 03-02-130 states
that I must state who I am grieving, what happen, to me. see Also
Response to LRF-1799-41512-28B from grievance coordinator M
T. Pipkins And Deputy Warden Kowalski, who oust stated this? so
how can my grievance have Multipe issues when it deals with one
issue Acting with deliberate indifference to my P.R.E.A. investigation

**STEP II — Response**

| Date Received by Step II Respondent: |
|---|
| 10/9/17 |

See   Attached   Response

| Date Returned to Grievant: |
|---|

| Respondent's Name (Print) | Respondent's Signature | Date |
|---|---|---|

**STEP III — Reason for Appeal** My grievance is clear on who I am talking about
And it only deals with one issue "Acting with deliberate indifference" to M
P.R.E.A. investigation. And pointed out the issue that is pertaining to one
issue all together, Additional evidence is "one person at a time "OPAI
Adult foster care home, is not even licensed with the state of Michigan. An
this is where my violation occurred at the matter going to court.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

*Exhibit-G-1-U*



STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

93739
28C

**To Prisoner:** Threatt     #: 182425

**Current Facility:** LRF

**Grievance ID #:** LRF-17-09-1549-28C

**Step III Received:** 10/17/2017

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Date Mailed:**

Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

cc: Warden, Filing Facility: LRF



**Office of Legislative**
**Corrections Ombudsman**

Keith Barber
Ombudsman

*Boji Tower – 4th Floor*
*124 West Allegan*
*P.O. Box 30036*
*Lansing, MI  48909*
*(Office) 517-373-8573*
*(Fax) (517)373-5550*

July 24th, 2017

Anthony Threatt
#182625
Bellamy Creek Correctional Facility (IBC)
1727 West Bluewater Highway
Ionia, MI 48846

Dear Mr. Threatt:

We previously received a letter from you pertaining to a PREA complaint dated 12/1/16 occurring at AFC and the other PREA complaint occurring at RGC on 2/11/17.

I have reviewed all the necessary documentations that consists of but not limited too; PREA documentation, PREA grievance appeal form, grievance forms, and your statement.

Regarding the PREA complaint at AFC on 12/1/2016. It is documented that you came from behind the other inmate while he was washing dishes and assaulted him. It is documented that you did not disclose any inappropriate behavior or inappropriate sexual advances regarding the other inmate until you were removed from the home. This PREA complaint concluded insufficient evidence.

Regarding the second PREA complaint at RGC on 2/11/17. It is documented that you and another inmate were horse playing that led to an actual fight. It is documented on the video of you grabbing a metal object and proceeded to hit the other inmate. After the fight you then alleged that you were sexual harassed by the other inmate. However, anonymous witnesses testified that nothing sexual was ever said before, during, or after the fight between the two of you. This PREA complaint concluded insufficient evidence.

In conclusion our office has insufficient evidence to mount a successful argument on your behalf. After reviewing these documentations our office did not find any policy violations.

I am sorry my response cannot be more favorable at this time.

Thank you,

Mike Banks
Ombudsman Analyst

Exhibit-G-1-w

SECOND STEP GRIEVANCE RESPONSE
LRF-2017-09-1549-28c
#182625, Threatt

Your Step II appeal has been reviewed. At Step I, you claim a previous issue was not appropriately investigated. The Step I investigation found that your grievance contained multiple issues and was rejected. Your Step II appeal states the grievance does not include multiple issues.

As stated in the Step I response, you present multiple issues in your grievance. You offer no additional evidence to support your claim against staff and this office has not received complaints from other prisoner's regarding PREA investigations.  Without such evidence, your allegations regarding a violation to a policy directive cannot be substantiated.

The Step I response has been reviewed by the Warden's Office in accordance with PD 03.02.130 "Prisoner/Parolee Grievances."  PD 03.02.130 (G-1) "Prisoner/Parolee Grievances clearly states "A grievance also may be rejected for any of the following reasons: It is vague, illegible, contains multiple unrelated issues, or raises issues that are duplicative of those raised in another grievance filed by the grievant. Since you failed to describe a specific issue the violates a specific policy directive,  your grievance is vague . Based on the record and investigation in this matter, the Step I grievance response is upheld at Step II.

You have been dealt with accordingly.

_____  10.10.17  _____
Warden's Signature                Date

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I ___5/8/17___    Grievance Identifier: |4|6|F|1|1|7|C|5| |0|9|4|1| |2|8|6|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Trevor | 152620 | I.B.C | 1-22-6 | 5/3/17 | 5/3/17 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why. I have been sending Kites to the Advantage
which they was suppose to send me a copy of these re-
sponses to step one and a Identifier number to put on the
kites _____

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I am not Recieving
None of the Responses to My step one P.R.E.A. Com-
plaints /Grievances. So that I can Move Forward to
step two. on the(issues) especially for Grievance
number DRC 1101 00002 P.R.E.A. Complaint Identifier
Threats vs Remuel "IN-05-61-0001-17) Therefore in
Accord to P.D. 03.62.130, P.D. 03.03.140. I am entitled
to have a Response for Response. to be able to go to
step two in 60 days ? So that this is PREA Cuurdinator
Can Address My issues. So send Me _____ 152620
S_____

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

| | | |
|---|---|---|
| M _Robinson_ | 5/10/17 | _Young_ | _5/10/17_ |
| Respondent's Signature | Date | Reviewer's Signature | Date |
| M _Robinson_ | CKK-10 | _Young_ | _CKK_ |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 5/10/17 | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Michigan Department of Corrections
GRIEVANCE REJECTION LETTER

DATE:    5/8/2017

TO:    THREATT    182625    LOCATION:    IBC    7-223B

FROM:    Grievance Coordinator:  M. Robinson

SUBJECT:    Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding    lack of jurisdiction-out side agency
was received in this office on    5/8/2017    and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that is lacks jurisdiction.**

Any future references to this grievance should utilize this identifier:

    IBC    /    2017 /    05 /    0941    /    28G

m. Robinson        5/10/17        Byus        5/10/17
Respondent            Date    Reviewer            Date

Exhibit Cov-1

Michigan Department of Corrections
GRIEVANCE REJECTION LETTER

DATE:       8/14/2017

TO:       THREATT          182625          LOCATION:   IBC        7-223B

FROM:    Grievance Coordinator:  M. Robinson

SUBJECT:   Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding      lack of jurisdiction-out side agency
was received in this office on   8/14/2017      and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that is lacks jurisdiction.**

Any future references to this grievance should utilize this identifier:

        IBC        /   2017 /   08 /  1700    /  28G

Respondent                    Date          Reviewer                Date

4835-4248  5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: __10/4/17__

Grievance Identifier: __L R F 1 17 09 01 5 5 0 27 D__

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

OCT 17 2017

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: __LRF__
Office of Legal Affairs
__Grievance Coor__ by __10/18/17__. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Threatt-Bl | 182625 | L.R.B. | C-20-B | GN 50INS PROBLEM | 14/2/17 |

**STEP II — Reason for Appeal** This grievance is based upon being send to
A Adult Foster Care home, for mentally iled parolees on A p-97
that had unsafe living condition, that was not even licensed by th
state of Michigan. That putted my life and other mentally ill pare
ce's lifes inside of imminent danger. Which is a grievable is
sue? because no prisoner/parolee are to be given me no kind of
medication or insulin shots period especially with no kind of medic
training? if I would have died the parole board and m.b.a.e director's
would have been held ligble, for sending me to this A.F.C. home?

**STEP II — Response**

Date Received by
Step II Respondent:
__10/9/17__

*See Attached Response*

Respondent's Name (Print) ___  Respondent's Signature ___  Date ___

Date Returned to
Grievant: __10·10·17__

**STEP III — Reason for Appeal** step two claim that I did not state a policy. but I
did state P.D.03.03.130 so my grievance cannot be vague? step two
also claim that I am grieving the parole board decision. which im
not. this grievance deal with being sent to a unlicensed Adult Foster
care home. that had unsafe living conditions. which is grievable ? yo
can solve this issue here. or the matter going to court. they are wak

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

Exhibit C-1-AA



STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

93740
27D

| | | | |
|---|---|---|---|
| To Prisoner: | Threatt | #: | 182625 |
| Current Facility: | LRF | | |
| Grievance ID #: | LRF-17-09-0115-27D | | |
| Step III Received: | 10/17/2017 | | |

C-200

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

Date Mailed:

Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

cc: Warden, Filing Facility: LRF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

SECOND STEP GRIEVANCE RESPONSE
LRF-2017-09-1501-27d
#182625, Threatt

Your Step II appeal has been reviewed. At Step I, you claim the parole board sent you to an unlicensed adult foster care home when released. The Step I investigation found that grieving the content of departmental policy is not a grievable issue. Your Step II appeal states your due process was violated.

As stated in the Step I response, you cannot grieve departmental policy. You offer no additional evidence to support your claim against staff and this office has not received complaints from other prisoner's regarding their parole placement.  Without such evidence, your allegations regarding your issue cannot be substantiated.

The Step I response has been reviewed by the Warden's Office in accordance with PD 03.02.130 "Prisoner/Parolee Grievances." PD 03.02.130 (F) "Prisoner/Parolee Grievances" clearly states "Grievances that raise the following non-grievable issues also shall be rejected: Decisions made by the Parole Board to grant, deny, rescind, amend or revoke parole, or not to proceed with a lifer interview or a public hearing."  . Based on the record and investigation in this matter, the Step I grievance response is upheld at Step II.

You have been dealt with accordingly.

_____     10-10-17
Warden's Signature              Date

SECOND STEP GRIEVANCE RESPONSE
LRF-2017-09-1512-28b
#182625, Threatt

Your Step II appeal has been reviewed. At Step I, you claim your life is in danger. The Step I investigation found that your issue is vague and was rejected since you failed to identify who and what staff did to violate a specific policy. Your Step II appeal states your due process rights have been violated.

As stated in the Step I response, your issue is vague. PD 03.02.130 (G-1) "Prisoner/Parolee Grievances" clearly states that "…Prisoners are required to file grievances in a responsible manner. A grievance shall be rejected by the Grievance Coordinator if it is vague, illegible, contains multiple unrelated issues, or raises issues that are duplicative of those raised in another grievance filed by the grievant. You offer no additional evidence to support your claim against staff and this office has not received complaints from other prisoner's regarding similar issues. Without such evidence, your allegations regarding your due process cannot be substantiated.

The Step I response has been reviewed by the Warden's Office in accordance with PD 03.02.130 "Prisoner/Parolee Grievances." Based on the record and investigation in this matter, the content of the issue is vague since you failed to identify a specific section of policy directive 03.03.130 that has been violated. Further, you failed to resolve the issue prior to filing the grievance . Based on the record and investigation in this matter, the Step I grievance response is upheld at Step II.

You have been dealt with accordingly.


_Harry_    10-10-17
Warden's Signature       Date

Exhibit G-1-I-DD

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____   Grievance Identifier: |__|__|__|__|__|__|__|__|__|__|__|__|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | | |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? _____
If none, explain why. _____

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No    If No, give explanation.  If resolved, explain resolution.)

This issue you have raised in your grievance is a non grievable issue in accordance with PD 03.02.130.  You are referred to PD 03.02.130 Prisoner/Parolee Grievances which states a grievant may not grieve the content or policy or procedure; such grievances shall be rejected by the grievance coordinator. The grievance is rejected at this level according to the provisions of PD-03.02.130, Prisoner/Parolee Grievances.  **GRIEVANCE REJECTED PER PD-03.02.130----- CONTENT OF DEPARTMENT WIDE POLICY AND PROCEDURE**

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| T. Pipkins | Grievance Coordinator | J. KOWALSKI   Deputy Warden | |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: | | | | | | | | | | | | | |

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ by _____. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Therrial | 152685 | L.R.F. | C-82-B | Problem on Evens | 12/2/17 |

**STEP II — Reason for Appeal** This grievance is based upon being send to
A Adult fostery care home for mentally ill prisoner on a parole
that had unsafe living condition, that was not even licensed by the
state of Michigan. That putted my life and other mentally ill
Inmate's life's inside of imminent danger. Which is a grievable
see? because no prisoner/parolee are to be given no kind of
medication or insulin shots period espically with no kind of Medical
training!!! I wants have all the parole leads and A.B.N. person who
could have been held liable for sending me to this _____ A.F.C. home?

**STEP II — Response**

Date Received by
Step II Respondent:

Date Returned to
Grievant:

_____        _____        _____
Respondent's Name (Print)        Respondent's Signature        Date

**STEP III — Reason for Appeal**

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

Exhibit C-1 ER

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____     Grievance Identifier: |__|__|__|__|__|__|__|__|__|__|__|__|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | | 7/ |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why. _____

Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No If No, give explanation. If resolved, explain resolution.)

This grievance presents more than one issue that is non-grievable pertaining to PD 03.02.130. Only one issue may be grieved at a time. This grievance is rejected at this level according to the provisions of PD-03.02.130, Prisoner/Parolee Grievances.

**GRIEVANCE REJECTED PER PD-03.02.130——MULTIPLE ISSUES, Non-Grievable,**

Respondent's Signature _____ Date _____     Reviewer's Signature J.KOWALSKI _____ Date _____
T. PIPKINS                                                                    Deputy Warden

Respondent's Name (Print)     Grievance Coordinator / Working Title     Reviewer's Name (Print)     Working Title

| Date Returned to Grievant: / / | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS 4835-4248 5/09 CSJ-247B

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

Date Received by Grievance Coordinator at Step II: ______________

Grievance Identifier: [illegible]

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: ______________ by ______________. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| [illegible] | 158265 | L.R.F. | C2-B | [illegible] | [illegible] |

**STEP II** — Reason for Appeal This grievance deals with 1 one issue which is acting with deliberate indifference to my P.R.E.A. complaint by covering up an investigation. Which P.D. 03.02.130 states that I must state who I am grieving what happened to me. See also response to LRF-1708-2318-28B from grievance coordinator Ms. T. Pipkins and deputy warden Rewerts who just stated this? So how can my grievance have multiple issues when it deals with 1 one issue acting with deliberate indifference to my PREA investigation

**STEP II** — Response

Date Received by Step II Respondent:

Date Returned to Grievant:

Respondent's Name (Print) ______________ Respondent's Signature ______________ Date ______________

**STEP III** — Reason for Appeal

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

SECOND STEP GRIEVANCE RESPONSE
LRF-2017-09-1548-28c
#182625, Threatt

Your Step II appeal has been reviewed. At Step I, you claim you are being retaliated against. The Step I investigation found that your grievance contained multiple issues and was rejected. Your Step II appeal states the grievance does not include multiple issues.

As stated in the Step I response, you present multiple issues in your grievance. You offer no additional evidence to support your claim against staff and this office has not received complaints from other prisoner's regarding retaliation.  Without such evidence, your allegations regarding a violation to a policy directive cannot be substantiated.

The Step I response has been reviewed by the Warden's Office in accordance with PD 03.02.130 "Prisoner/Parolee Grievances."  PD 03.02.130 (G-1) "Prisoner/Parolee Grievances clearly states "A grievance also may be rejected for any of the following reasons: It is vague, illegible, contains multiple unrelated issues, or raises issues that are duplicative of those raised in another grievance filed by the grievant. Since you failed to describe a specific issue the violates a specific policy directive,  your grievance is vague . Based on the record and investigation in this matter, the Step I grievance response is upheld at Step II.

You have been dealt with accordingly.

_____     10.10.17
Warden's Signature            Date

SECOND STEP GRIEVANCE RESPONSE
LRF-2017-09-1550-27d
#182625, Threatt

Your Step II appeal has been reviewed. At Step I, you claim the parole board failed to check the conditions of the home placement you have been placed in. The Step I investigation found that grieving the content of departmental policy is not a grievable issue. Your Step II appeal states you were placed in danger.

As stated in the Step I response, you cannot grieve departmental policy. You offer no additional evidence to support your claim against staff and this office has not received complaints from other prisoner's regarding their parole placement. Without such evidence, your allegations regarding your issue cannot be substantiated.

The Step I response has been reviewed by the Warden's Office in accordance with PD 03.02.130 "Prisoner/Parolee Grievances." PD 03.02.130 (F) "Prisoner/Parolee Grievances" clearly states "Grievances that raise the following non-grievable issues also shall be rejected: Decisions made by the Parole Board to grant, deny, rescind, amend or revoke parole, or not to proceed with a lifer interview or a public hearing." You have failed to provide a policy directive that states staff are in violation, therefore your grievance is vague . Based on the record and investigation in this matter, the Step I grievance response is upheld at Step II.

You have been dealt with accordingly.

_____     10/10/17
Warden's Signature                Date

Exhibit-G-1-HH

## Step I Grievance Response

| Grievance Number: | PDM170500009 |
|---|---|
| Prisoner Name: | Threatt, Anthony |
| Prisoner Number: | 182625 |

| Prisoner | ☐ was | ☒ was NOT interviewed. GIVE REASON: | Subject unavailable; housed in CFA |
|---|---|---|---|

### SUMMARY OF COMPLAINT:

Subject alleges that he was physically assaulted and his alleged assailant was not taken into custody.

### INVESTIGATION INFORMATION

### APPLICABLE POLICY, PROCEDURE, ETC.

### SUMMARY

GRIEVANCE REJECTED - A grievant may not grieve decisions made in hearings conducted by hearing officers of the State Office f Administrative Hearings and Rules, including property disposition, and issues directly related to the hearing process (e.g., sufficiency of witness statements, timeliness of misconduct review, timeliness of hearing).

| RESPONDENT NAME: | S. Brown | TITLE: | PPM13 |
|---|---|---|---|
| RESPONDENT SIGNATURE: | | DATE: | 5/8/17 |

| REVIEWER NAME: | | TITLE: | |
|---|---|---|---|
| REVIEWER SIGNATURE: | | DATE: | |

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I __5|4|17__     Grievance Identifier: __PDIM|7OB|OOOA|____|____

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and to OP 03.02.130, "Prisoner/Parolee Grievances." or ask staff in the Prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Anthony Threatt-El | 182625 | I.B.C. | 7-223-B | ON going 12/19/16 | 4/28/17 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? __12/19/16 - 4/28/17__
If none, explain why. The Parole Supervisor Ms. SANDRA SIMMONS NEVER ANSWEr my grievances, which this is fin to be investigated also, by outside authority. this Violates P.D.02.03.130 18 U.S.C. 241-42 18 U.S.C. 1975 CRIMINAL law. How they going to lock up one And Not the other for a violation?

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I would like to know why Parolee VERNON Reindel is Not locked up or violated for Assaulting Me, but I am locked up for Assaulting him especially when a police complaint have been filed against Parolee-VERNON Reindel for Assaulting Me, with the detroit Police dept. detector MR. MANSON (313)-596-5352) have the case. And I will be pressing charges Against VERNON Reindel and everybody else for Not reporting, And covering up. Parolee VERNON Reindel, wrongdoings to me. especially using a video tape, that was Alter by Parolee VERNON Reindel on Jason GREEN, owner of homeplacement, where crime took place inside of Retaliation to stop Me from reporting ___Anthony Threatt-El 182625___
the bad living conditions of the house that we                     Grievant's Signature
was living in. At 936-B. GRAND Blvd. Det. MI.

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No     If No, give explanation. If resolved, explain resolution.)

Grievance Rejected (See attached)

Respondent's Signature                     Date __5|8|17__
S. Brown                                   PPM13
Respondent's Name (Print)                  Working Title

Reviewer's Signature                       Date
Reviewer's Name (Print)                    Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4247  10/94
CSJ-247A

**PRISONER/PAROLEE GRIEVANCE FORM**

Date Received at Step I _____          Grievance Identifier: _____

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | | |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? _____
If none, explain why. _____

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.  Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No     If No, give explanation.  If resolved, explain resolution.)

_____   _____          _____   _____
Respondent's Signature          Date               Reviewer's Signature            Date

_____   _____          _____   _____
Respondent's Name (Print)      Working Title       Reviewer's Name (Print)        Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I **4-26-16**    Grievance Identifier: **RGC 1 1704 00 13 17 28 1D**

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Autlay, Trevor | 152025 | I.B.C. | 7-22-B | 4/19/11 | 4/20/16 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date?
If none, explain why. I been Paining six vehicles on this period for the losses to He Physsess, My P.P.E.R investigation was turned over to the department which decer more Kenyon Requel for 3 and absent on becile which has evidence was deluel.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. This grievance is for the violations that occurred at my Parole Revocation hearing which violated my due process Rights And Recipient Rights. In the Revocation Judge Report on page 3 of 5 witness Parolee Vernon Reindel claimed this violation occurred on 12/12/16 Not on 12/12/16 Revocation hearing Judge claimed that dates and difference dates on the Video Machine is a phenomenon that occurs from machine to machine the timings of this Alleged incident is not at issue And this appears to be a side issue having little to No importance. Which the correct time And date are very important elements to an offense? There is nothing of Record to show that Anything was ever said or done to show that I was Harged by Attorney Paul Toman who I wanted to Fire the reason why I left the Revocation hearing who never discussed A defense with me Being held these issues violation due process Rights And P.D.O. 03.03.130

Grievant's Signature

**RESPONSE** (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation. If resolved, explain resolution.)

**NON-GRIEVABLE PAROLE BOARD DECISION**

| Respondent's Signature | Date 4-20-17 | Reviewer's Signature A/Deputy Warden Chucks | Date 4/27/17 |
|---|---|---|---|
| Respondent's Name (Print) M. Trevan | Working Title GRR | Reviewer's Name (Print) A/DEPUTY WARDEN CHUCKS | Working Title A/DEPUTY WARDEN |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit - G-1- I I

Exhibit - G-1- I I
Dear Admin. Assist.

            I AM trying to find out
Where is MY PREA Complaint At. because I AM
trying to press charges for sexual assault. and
sexaul abuse/harassment. Wherefore I would like to
have a copy of MY PREA Complaint, so that I can
show the Parole Violater Judge. that I did file some-
thing. did MY complaint go out to Lansing and state
police Dept.? I have witnesses and evidence to sup
port MY Allegation Made.

2/3/17       your allegation has been       Sheatt° 1826 25
             Processed in accordance              2 - 2 - 22L

Exhibit - G-1- II-1

Exhibit- G-1-II-1

# MICHIGAN DEPARTMENT OF CORRECTIONS
## Step I Grievance Receipt

**DATE:**      February 14, 2017

**TO:**        182625 Threatt
               Lock:  RGC (28-B-1)

**FROM:**      C. Rudd, PREA Coordinator

**SUBJECT:**   Receipt for Step I Grievance

**Grievance Identifier:**  RGC-17-02-00001-PREA-P
**Issue:**        **PREA Processing**
**Received:**     2/14/17
**Date Due:**     5/14/17

Your Step I grievance was received on February 14, 2017. You should receive a response no later than the due date listed above. If you have not received a response by this date and have not